(Official Form 1) (10/05)

| United States Bankruptcy Court<br>NORTHERN District of GEORGIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AEROSOL PACKAGING, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AEROSOL SPECIALTIES** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**XX-XXX1741** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**189 Etowah Industrial Court**<br>**Canton, Georgia**  ZIPCODE **30114** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cherokee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A**  ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors)
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: _____

**Nature of Business** (Check all applicable boxes.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [X] Chapter 11
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [X] Business

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Official Form 1) (10/05)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>AEROSOL PACKAGING, LLC |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: N/A | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property

*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)

FORM B1, Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
AEROSOL PACKAGING, LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X *[signed]*
Signature of Attorney for Debtor(s)

**Brian L. Schleicher**
Printed Name of Attorney for Debtor(s)

**Robinson, Jampol, Schleicher & Jacobs, LLP**
Firm Name

**11625 Rainwater Drive, Suite 350**
Address

**Alpharetta, Georgia 30004**

**770-667-1290**
Telephone Number

6/20/06
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed] Leigh A Fragnoli*
Signature of Authorized Individual

**Leigh A. Fragnoli**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

June 20, 2006
Date

**LOCAL FORM 5005-7(c)(3)(B)**

Debtor name(s): AEROSOL PACKAGING, LLC

**DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENT OF FINANCIAL AFFAIRS**

Each of the undersigned declares under penalty of perjury —

(1) My attorney is filing on my behalf

☒ the original of or ☐ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☒*Petition | ☐ Schedule F |
| ☒ List of all Creditors | ☐ Schedule G |
| ☒*List of 20 largest creditors | ☐ Schedule H |
| ☐ Schedule A | ☐ Schedule I |
| ☐ Schedule B | ☐ Schedule J |
| ☐ Schedule C | ☒*Declaration Concerning Debtor's Schedules |
| ☐ Schedule D | ☐*Statement of Financial Affairs |
| ☐ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

Dated: 6/20/06

Signature: _[signature]_
Type or Print Name: LEIGH A. FRAGNOLI

Signature: _____
Type or Print Name: _____
(If Joint Debtors, Both Must Sign)

Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s)(or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Dated: 6/20/06

Type or Print Name: BRIAN C SCHLEICHER
Bar Number: 629321

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| AEROSOL PACKAGING, LLC ) | |
| A Georgia limited liability company, ) | CASE NO. _____ |
|     d/b/a AEROSOL SPECIALTIES ) | |
| ) | JUDGE _____ |
|     Debtor. ) | |
| _____ ) | |

**DISCLOSURE OF COMPENSATION OF DEBTOR'S COUNSEL**

1.     Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation or in connection with the bankruptcy case is as follows:

    As a retainer for post-petition legal services, I have agreed to accept $25,000.

    Prior to the filing of this statement, I have received $61,793.91

    There is no balance due as of the Petition Date.

2.     The source of the compensation paid to me was:

    $ 61,793.91 from the Debtor
    $ 25,000.00 from an intended Plan sponsor

3.     The source of compensation to be paid to me is the Debtor.

4.     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a) Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;

    b) Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c) Representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e) Preparation of pleadings and applications;

f) Conduct of examinations;

g) Advising Debtor of its right, duties and obligations as debtor-in-possession;

h) Performing those legal services incidental and necessary to the day-to-day operation of Applicant's business, including, but not limited to, institution and prosecution of necessary legal proceedings, and general business and corporate legal advice and assistance; and

i) Taking any and all other action incident to the proper preservation and administration of the Applicant's estate and business.

6. By agreement with the Debtor, the above-disclosed fee does not include the following services: -NONE-

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case.

6/20/06
_____
Date

_____
Signature of Attorney

Robinson, Jampol, Schleicher & Jacobs, LLP
Name of law firm

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| AEROSOL PACKAGING, LLC ) | |
| a Georgia limited liability company, ) | CASE NO. _____ |
| d/b/a AEROSOL SPECIALTIES ) | |
| ) | JUDGE _____ |
| Debtor. ) | |
| _____) | |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112: Fed. R. Bankr. P. 1007(m).

| | | | | |
|---|---|---|---|---|
| Aeropres Corporation<br>PO Box 78588<br>Shreveport, LA 71137-8588 | Mickey Walker<br>PO Box 78588<br>Shreveport, LA 71137-8588<br>888-429-6765 | Trade Debts | | $444,476.83 |
| United States Can Company<br>LBX 1187<br>Chicago, IL 60674 | Don Giblin<br>LBX 1187<br>Chicago, IL 60674<br>630-678-8067 | Trade Debts | | $253,450.32 |
| BWAY Corporation<br>PO Box 277306<br>Atlanta, GA 30384-7306 | Jeff O'Connell<br>PO Box 277306<br>Atlanta, GA 30384-7306<br>770-645-4800 | Trade Debts | | $156,269.72 |
| Crown Cork & Seal USA Inc.<br>1440 Paysphere Circle<br>Chicago, IL 60674 | Gary Shearer<br>1440 Paysphere Circle<br>Chicago, IL 60674<br>215-698-5365 | Trade Debts | | $145,115.84 |

| | | | | |
|---|---|---|---|---|
| CL&D Graphics<br>PO Box 88739<br>Milwaukee, WI 53288-8739 | Scott Zemski<br>PO Box 88739<br>Milwaukee, WI 53288-8739<br>262-569-4060 | Trade Debts | | $132,239.10 |
| Ashland Chemical Company<br>PO Box 101489<br>Atlanta, GA 30392-1489 | Margaret Anderson<br>PO Box 101489<br>Atlanta, GA 30392-1489<br>614-790-3245 | Trade Debts | | $111,136.32 |
| Overnite Transport<br>PO Box 79755<br>Baltimore, MD 21279-0755 | Ginger Brewster<br>PO Box 79755<br>Baltimore, MD 21279-0755<br>804-291-5615 | Trade Debts | | $111,070.18 |
| Design Packaging Inc.<br>PO Box 933017<br>Atlanta, GA 31193-3017 | Mark Boyd<br>PO Box 933017<br>Atlanta, GA 31193-3017<br>770-482-5730 | Trade Debts | | $110,347.89 |
| Temps Excel Inc.<br>PO Box 3878<br>Cartersville, GA 30120 | Temps Excel Inc.<br>PO Box 3878<br>Cartersville, GA 30120<br>770-383-8773 | Trade Debts | | $92,721.72 |
| Univar USA Inc.<br>PO Box 409692<br>Atlanta, GA 30384-9692 | John Canini<br>PO Box 409692<br>Atlanta, GA 30384-9692<br>425-889-3617 | Trade Debts | | $75,365. 80 |
| Navigant Consulting<br>1175 Peachtree Street NE<br>Atlanta, GA 30361 | Mathew Calvert<br>1175 Peachtree Street NE<br>Atlanta, GA 30361<br>404-888-4131 | Trade Debts | | $69,000.00 |
| Precision Valve Corporation<br>PO Box 7005<br>Yonkers, NY 10710 | Jim Romano<br>PO Box 7005<br>Yonkers, NY 10710<br>800-431-2697 | Trade Debts | | $64,501.42 |
| Summit Packaging Systems<br>PO Box 5500<br>Lewiston, ME 04243 | Michael Conway<br>PO Box 5500<br>Lewiston, ME 04243<br>603-669-5410 | Trade Debts | | $61,888.86 |

| | | | |
|---|---|---|---|
| Newman Green<br>57 Interstate Road<br>Addison, IL 60101-4568 | Ed Green<br>57 Interstate Road<br>Addison, IL 60101-4568<br>630-543-6500 | Trade Debts | $55,139.24 |
| Seaquist Perfect Dispensing<br>PO Box 96656<br>Chicago, IL 60693-6656 | Bill Sinclair<br>PO Box 96656<br>Chicago, IL 60693-6656<br>847-462-3221 | Trade Debts | $53,381.66 |
| Owens Corning<br>Dept. AT 40142<br>Atlanta, GA 31192-0142 | Renee Fisher<br>Dept. AT 40142<br>Atlanta, GA 31192-0142<br>800-225-8335 | Trade Debts | $47,502.00 |
| Alchem Chemical Company<br>PO Box 934085<br>Atlanta, GA 31193 | Lance Fentress<br>PO Box 934085<br>Atlanta, GA 31193<br>404-696-9202 | Trade Debts | $47255.22 |
| CCL Container<br>One Llodio Drive<br>Hermitage, PA 16148-9015 | David Weaver<br>One Llodio Drive<br>Hermitage, PA 16148-9015<br>724-981-5444 | Trade Debts | $44,828.57 |
| Brenntag Mid-South Inc.<br>3796 Reliable Pkwy<br>Chicago, IL 60686-0037 | John Vorbeck<br>3796 Reliable Pkwy<br>Chicago, IL 60686-0037<br>270-830-1269 | Trade Debts | $39,084.11 |
| Losorea<br>313 Bell Park Drive<br>Woodstock, GA 30188 | Ralph Latham, Pres.<br>Losorea<br>313 Bell Park Drive<br>Woodstock, GA 30188<br>678-494-1112 | Trade Debts | $25,637.60 |

I, LEIGH A. FRAGNOLI, the President and Chief Executive Officer of AEROSOL PACKAGING, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and accurate to the best of my information and belief.

Date: June 20, 2006

Signature *[signed]*
LEIGH A. FRAGNOLI, President and CEO

**Aerosol Packaging, LLC**
**Written Consent of the Directors**
**in Lieu of Special Meeting**

The undersigned, being all of the members of the Board of Directors of **Aerosol Packaging, LLC,** a Georgia limited liability company (the "Company"), do hereby by this written consent take the following actions and adopt and approve the following resolutions:

**WHEREAS**, the Company's assets are secured by a loans from one or more creditors, which have threatened to commence foreclosure proceedings against the Company and its assets;

**WHEREAS**, in an effort to forestall such foreclosure proceedings, the Board of Directors of the Company, which includes the member holding more than 99% of the outstanding membership Units of the Company, believes that it is in the best interest of the Company, its employees, creditors and members to file a chapter 11 bankruptcy petition (the "Chapter 11 Petition");

**WHEREAS**, to assist it in the filing of the Chapter 11 Petition, the undersigned believes it is in the best interest of the Company to hire the law firm of Robinson, Jampol, Schleicher & Jacobs, LLP, and to pay a retainer to such firm in the amount of not less than $25,000.

**THEREFORE BE IT RESOLVED**, that **Leigh A. Fragnoli,** acting as the President and Chief Executive Officer of the Company, is hereby authorized and directed to take any and all actions and execute any and all documents as he may deem necessary, proper, helpful or appropriate to effect the transactions authorized above, including, without limitation, the execution of the Chapter 11 Petition, statements and schedules related thereto, application for appointment of counsel, and such other actions as is necessary and prudent.

**FURTHER RESOLVED**, that any and all transactions by and of the President for, and on behalf of and in the name of the Company in furtherance of the foregoing resolutions, are hereby ratified, confirmed, and approved in all respects for all purposes.

Executed this 19th day of June, 2006 by the undersigned, whom constitute all of the currently serving members of the Board of Directors of the Company.

_[signature: Leigh A. Fragnoli]_
**Leigh A. Fragnoli**

**John McLeod**

_ABSTAINED_
**Russ Myers**

**Terry M. Merrill**

**[vacant position]**

**Aerosol Packaging, LLC**
**Written Consent of the Directors**
**in Lieu of Special Meeting**

The undersigned, being all of the members of the Board of Directors of **Aerosol Packaging, LLC,** a Georgia limited liability company (the "Company"), do hereby by this written consent take the following actions and adopt and approve the following resolutions:

**WHEREAS,** the Company's assets are secured by a loans from one or more creditors, which have threatened to commence foreclosure proceedings against the Company and its assets;

**WHEREAS,** in an effort to forestall such foreclosure proceedings, the Board of Directors of the Company, which includes the member holding more than 99% of the outstanding membership Units of the Company, believes that it is in the best interest of the Company, its employees, creditors and members to file a chapter 11 bankruptcy petition (the "Chapter 11 Petition");

**WHEREAS,** to assist it in the filing of the Chapter 11 Petition, the undersigned believes it is in the best interest of the Company to hire the law firm of Robinson, Jampol, Schleicher & Jacobs, LLP, and to pay a retainer to such firm in the amount of not less than $25,000.

**THEREFORE BE IT RESOLVED,** that **Leigh A. Fragnoli,** acting as the President and Chief Executive Officer of the Company, is hereby authorized and directed to take any and all actions and execute any and all documents as he may deem necessary, proper, helpful or appropriate to effect the transactions authorized above, including, without limitation, the execution of the Chapter 11 Petition, statements and schedules related thereto, application for appointment of counsel, and such other actions as is necessary and prudent.

**FURTHER RESOLVED,** that any and all transactions by and of the President for, and on behalf of and in the name of the Company in furtherance of the foregoing resolutions, are hereby ratified, confirmed, and approved in all respects for all purposes.

Executed this ____ day of June, 2006 by the undersigned, whom constitute all of the currently serving members of the Board of Directors of the Company.

_____    _____
**Leigh A. Fragnoli**                **John McLeod**


_____    _____
**Russ Myers**                       **Terry M. Merrill**


_____
**[vacant position]**

## Aerosol Packaging, LLC
## Written Consent of the Directors
## in Lieu of Special Meeting

The undersigned, being all of the members of the Board of Directors of **Aerosol Packaging, LLC**, a Georgia limited liability company (the "Company"), do hereby by this written consent take the following actions and adopt and approve the following resolutions:

**WHEREAS**, the Company's assets are secured by a loans from one or more creditors, which have threatened to commence foreclosure proceedings against the Company and its assets;

**WHEREAS**, in an effort to forestall such foreclosure proceedings, the Board of Directors of the Company, which includes the member holding more than 99% of the outstanding membership Units of the Company, believes that it is in the best interest of the Company, its employees, creditors and members to file a chapter 11 bankruptcy petition (the "Chapter 11 Petition");

**WHEREAS**, to assist it in the filing of the Chapter 11 Petition, the undersigned believes it is in the best interest of the Company to hire the law firm of Robinson, Jampol, Schleicher & Jacobs, LLP, and to pay a retainer to such firm in the amount of not less than $25,000.

**THEREFORE BE IT RESOLVED**, that **Leigh A. Fragnoli**, acting as the President and Chief Executive Officer of the Company, is hereby authorized and directed to take any and all actions and execute any and all documents as he may deem necessary, proper, helpful or appropriate to effect the transactions authorized above, including, without limitation, the execution of the Chapter 11 Petition, statements and schedules related thereto, application for appointment of counsel, and such other actions as is necessary and prudent.

**FURTHER RESOLVED**, that any and all transactions by and of the President for, and on behalf of and in the name of the Company in furtherance of the foregoing resolutions, are hereby ratified, confirmed, and approved in all respects for all purposes.

Executed this ____ day of June, 2006 by the undersigned, whom constitute all of the currently serving members of the Board of Directors of the Company.

_____
**Leigh A. Fragnoli**

_____
**Russ Myers**

_____
**[vacant position]**

_____
**John McLeod**

_____
**Terry M. Merrill**