IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: ) | CHAPTER 11 | |
| ) | | |
| AEROSOL PACKAGING, LLC ) | | |
| a Georgia limited liability company, ) | CASE NO. 06-67096-MHM | |
| d/b/a AEROSOL SPECIALTIES ) | | |
| ) | JUDGE MURPHY | |
| Debtor. ) | | |
| ) | | |

FIRST AMENDED LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112: Fed. R. Bankr. P. 1007(m).

| | | | |
|---|---|---|---|
| Geneva Merchant Banking Partners<br>300 North Greene Street<br>Suite 2100<br>Greensboro, NC 27401 | Russ Myers<br>300 North Greene Street<br>Suite 2100<br>Greensboro, NC 27401<br>(336) 275-7002 | Balance on Prom. Note | $1,600,000 plus int. |
| Aeropres Corporation<br>PO Box 78588<br>Shreveport, LA 71137-8588 | Mickey Walker<br>PO Box 78588<br>Shreveport, LA 71137-8588<br>888-429-6765 | Trade Debts | $444,476.83 |
| Misty Spray, LLC<br>218 Business Center Drive<br>Stockbridge, GA 30281 | David Hughes<br>218 Business Center Drive<br>Stockbridge, GA 30281<br>(770) 507-0196 | Accrued Rent/fees | $435,807.76 |
| Hughes, David &<br>   Wenal, Harold, jointly<br>218 Business Center Drive<br>Stockbridge, GA 30281 | David Hughes<br>218 Business Center Drive<br>Stockbridge, GA 30281<br>(770) 507-0196 | Balance on Prom. Note | $351,000.00 |
| United States Can Company<br>LBX 1187<br>Chicago, IL 60674 | Don Giblin<br>LBX 1187<br>Chicago, IL 60674<br>630-678-8067 | Trade Debts | $253,450.32 |

| | | | |
|---|---|---|---|
| BWAY Corporation<br>PO Box 277306<br>Atlanta, GA 30384-7306 | Jeff O'Connell<br>PO Box 277306<br>Atlanta, GA 30384-7306<br>770-645-4800 | Trade Debts | $156,269.72 |
| Crown Cork & Seal USA Inc.<br>1440 Paysphere Circle<br>Chicago, IL 60674 | Gary Shearer<br>1440 Paysphere Circle<br>Chicago, IL 60674<br>215-698-5365 | Trade Debts | $145,115.84 |
| CL&D Graphics<br>PO Box 88739<br>Milwaukee, WI 53288-8739 | Scott Zemski<br>PO Box 88739<br>Milwaukee, WI 53288-8739<br>262-569-4060 | Trade Debts | $132,239.10 |
| Ashland Chemical Company<br>PO Box 101489<br>Atlanta, GA 30392-1489 | Margaret Anderson<br>PO Box 101489<br>Atlanta, GA 30392-1489<br>614-790-3245 | Trade Debts | $111,136.32 |
| Overnite Transport<br>PO Box 79755<br>Baltimore, MD 21279-0755 | Ginger Brewster<br>PO Box 79755<br>Baltimore, MD 21279-0755<br>804-291-5615 | Trade Debts | $111,070.18 |
| Design Packaging Inc.<br>PO Box 933017<br>Atlanta, GA 31193-3017 | Mark Boyd<br>PO Box 933017<br>Atlanta, GA 31193-3017<br>770-482-5730 | Trade Debts | $110,347.89 |
| Temps Excel Inc.<br>PO Box 3878<br>Cartersville, GA 30120 | Temps Excel Inc.<br>PO Box 3878<br>Cartersville, GA 30120<br>770-383-8773 | Trade Debts | $92,721.72 |
| Univar USA Inc.<br>PO Box 409692<br>Atlanta, GA 30384-9692 | John Canini<br>PO Box 409692<br>Atlanta, GA 30384-9692<br>425-889-3617 | Trade Debts | $75,365.80 |
| Navigant Consulting<br>1175 Peachtree Street NE<br>Atlanta, GA 30361 | Mathew Calvert<br>1175 Peachtree Street NE<br>Atlanta, GA 30361<br>404-888-4131 | Trade Debts | $69,000.00 |

| | | | |
|---|---|---|---|
| Precision Valve Corporation<br>PO Box 7005<br>Yonkers, NY 10710 | Jim Romano<br>PO Box 7005<br>Yonkers, NY 10710<br>800-431-2697 | Trade Debts | $64,501.42 |
| Summit Packaging Systems<br>PO Box 5500<br>Lewiston, ME 04243 | Michael Conway<br>PO Box 5500<br>Lewiston, ME 04243<br>603-669-5410 | Trade Debts | $61,888.86 |
| VanSant, Thomas<br>744 Windrift Drive<br>Dallas, Georgia 30132 | VanSant, Thomas<br>744 Windrift Drive<br>Dallas, Georgia 30132<br>(770) 445-1552 | Consulting and Non-Compete | $60,998.83 |
| Newman Green<br>57 Interstate Road<br>Addison, IL 60101-4568 | Ed Green<br>57 Interstate Road<br>Addison, IL 60101-4568<br>630-543-6500 | Trade Debts | $55,139.24 |
| Seaquist Perfect Dispensing<br>PO Box 96656<br>Chicago, IL 60693-6656 | Bill Sinclair<br>PO Box 96656<br>Chicago, IL 60693-6656<br>847-462-3221 | Trade Debts | $53,381.66 |
| Owens Corning<br>Dept. AT 40142<br>Atlanta, GA 31192-0142 | Renee Fisher<br>Dept. AT 40142<br>Atlanta, GA 31192-0142<br>800-225-8335 | Trade Debts | $47,502.00 |
| | | | |
| | | | |
| | | | |

I, LEIGH A. FRAGNOLI, the President and Chief Executive Officer of AEROSOL PACKAGING, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing First Amended List of Creditors Holding 20 Largest Unsecured Claims and that it is true and accurate to the best of my information and belief.

Date: June 26, 2006

Signature _____
LEIGH A. FRAGNOLI, President and CEO