Form 6-Summary
(10/05)

# United States Bankruptcy Court

__NORTHERN__ District Of __GEORGIA__

In re __AEROSOL PACKAGING, LLC____ ,
　　　　　　Debtor

Case No. __06-67096-MHM__

Chapter ____11____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I. and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ -0- | | |
| B - Personal Property | YES | 16 | $5,858,300 | | |
| C - Property Claimed as Exempt | YES | 1 | -0- | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 5,000,269 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 5 | | $ 94,320 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 5,157,002 | |
| G - Executory Contracts and Unexpired Leases | YES | 5 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ |
| TOTAL | | | $5,858,300 | $10,251,591 | |

Form B6A
(10/05)

In re    AEROSOL PACKAGING, LLC    ,                                    Case No.   06-67096-MHM
               **Debtor**                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| –NONE– | | | | |
| | | | Total ▶ | –0.00– |

(Report also on Summary of Schedules.)

Form B6B
(10/05)

In re ___AEROSOL PACKAGING, LLC_____,    Case No. _06-67096-MHM_____
　　　　　　　Debtor                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash Drawer | | $ 7.41 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Washington Mutual Acct#4442954479 | | $ 6,965.41 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | 1) Misty Spray, LLC 2) Quintas Corporation | | $108,000.00 $ 300.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | -SEE FIXED ASSET LIST- (Exh. B-2) | | $ 33,176.64 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Transamerica Life Ins. policy on Leigh Fragnoli (Policy $41843399) | | No surrender val. |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

Form B6B-Cont.
(10/05)

In re   AEROSOL PACKAGING, LLC_____,          Case No. 06-67096-MHM____
　　　　　　　　Debtor                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | Note Receivable | | $132,978.00 |
| 16. Accounts receivable. | | See Attached Ledger Exh. B-16 | | $1,929,679.30 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

Form B6B-cont.
(10/05)

In re   AEROSOL PACKAGING, LLC                    ,          Case No.   06-67096-MHM
                    **Debtor**                                                              **(If known)**

# SCHEDULE B -PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | –See Exh. B-22 | | $1,849 |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection  with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Two Leased Vehicles See Schedule G | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | –SEE FIXED ASSET LIST– (Exh. B-2) | | $2,002,647.73 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | " | | |
| 30. Inventory. | X | –SEE INVENTORY LIST– (Exh. B-30) | | $1,642,697.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

   12    continuation sheets attached    Total ▶ | $ 5,858,300.49

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

AEROSOL PACKAGING, LLC
PROPERTY DETAIL
06/21/06

# EXHIBIT B-2

Estimated
**As of 6/30/06**
**NBV**

### Furniture and Fixtures (5-7 years)

| Date | Description | NBV |
|---|---|---|
| 07/01/00 | Asset Purchase | 4,107.14 |
| 08/10/00 | Laser Printer | - |
| 09/19/00 | Office Furniture | 589.00 |
| 08/01/01 | C=Win Telephone System | 627.07 |
| 08/01/01 | Office Ladder | 172.72 |
| 09/01/01 | Office Furniture | 777.77 |
| 09/14/01 | Filing Cabinet | 189.28 |
| 07/31/02 | Copier | 2,420.74 |
| 12/31/02 | File Cabinet | 367.50 |
| 04/17/03 | Executive Desk | 182.49 |
| 04/30/03 | Black Leather Chair for Invt Mgr | 103.55 |
| 06/11/03 | Burgundy Leather Chair for CFO | 95.60 |
| 09/26/03 | Bookcases | 155.24 |
| 09/30/03 | Leather Desk Chair | 107.55 |
| 12/03/03 | Executive Desk for Invt Mgr | 257.15 |
| 02/18/04 | File Cabinet / Letter / 2nd WR | 61.59 |
| 04/30/04 | Multi-Level Desk (Visions) | 78.27 |
| 10/20/04 | Burgandy Desk Chair | 269.60 |
| 10/27/04 | 4 U-Shaped Desks / 4 Chairs / 8 Guest Chairs | 3,477.33 |
| 10/27/04 | Executive Desk & Hutch for Pres | 640.00 |
| 11/23/04 | Lobby Furniture | 2,190.57 |
| 12/25/04 | Prints | 416.02 |
| 12/15/05 | Miscellaneous Office furniture | 2,889.75 |
| 07/27/04 | Conference tables, receptionist desk | 3,573.58 |
| 11/11/05 | Scott's purchase | 174.04 |
| 01/20/05 | Office Furniture | 1,019.74 |
| 02/28/05 | Copier | 600.39 |

| | **Subtotal** | **25,543.67** |
|---|---|---|

### Computer Equipment (3 years)

| Date | Description | NBV |
|---|---|---|
| 07/01/00 | Asset Purchase | - |
| 08/04/00 | Server, Workstation | - |
| 09/26/00 | Computer | - |
| 12/07/00 | Computer | - |
| 08/01/01 | Leigh's Laptop | - |
| 11/09/01 | Compaq Desk Top | - |
| 01/2002 | Server Backup Unit | - |
| 06/30/02 | Macola Upgrade To Win 7.6 | (0.00) |
| 01/31/03 | Screen Printer for Prod Dept | (48.61) |
| 03/21/03 | Dell Optiplex CPU for Chief Chemist | (57.40) |
| 03/31/03 | Label & Barcode Printer | (786.55) |
| 04/24/03 | Dell Optiplex CPU for Controller | (57.58) |
| 06/09/03 | All-In-One Printer for Outside Sales | - |
| 06/26/03 | Dell Optiplex CPU For Tech Dir | - |
| 08/21/03 | Server Upgrade | 8.05 |
| 08/28/03 | Dell Optiplex CPU for Invt Clerk | 39.91 |
| 08/28/03 | Dell Optiplex CPU & Monitor for Invt Mgr | 51.02 |
| 09/30/03 | Dell | 31.67 |
| 10/28/03 | Dell | 56.13 |
| 10/30/03 | Dell Optiplex CPU & 2 Flats for CEO | 172.89 |

**AEROSOL PACKAGING, LLC**
**PROPERTY DETAIL**
**06/21/06**

# EXHIBIT B-2

Estimated
**As of 6/30/06**
**NBV**

| | | |
|---|---|---:|
| 10/30/03 | Dell Optiplex for Plant Mgr | 76.44 |
| 01/31/04 | Dell Optiplex for Engineering Mgr | 75.14 |
| 01/31/04 | Dell Equipment | 43.20 |
| 02/29/04 | Nextel Cell Phones (3 - i730 IDEN) | 106.31 |
| 04/23/04 | Upgrade on Asst Controller Computer | 126.50 |
| 04/20/04 | 2 Lucent Desktop Phones for Avaya Digital System | 181.85 |
| 11/11/04 | E-Machine Desktop (Receptionist) | 226.07 |
| 11/11/04 | E-Machine Desktop (Purch Expeditor) | 226.07 |
| 06/16/05 | Sony VAIO desktop computer | 476.02 |
| 01/26/06 | Sony SDX-700V Tape Backup for server | 1,432.18 |
| 02/01/06 | (2) Spartan SQ 156 custom laptops (leigh & alan) | |
| | **Subtotal** | **2,379.31** |

**Computer Software (3 years)**

| | | |
|---|---|---:|
| 07/01/00 | Asset Purchase | - |
| 11/07/00 | Computer Software | - |
| 08/01/01 | Macola Update | - |
| 08/06/01 | Label Software | - |
| 06/30/02 | Macola Upgrade To 7.6 | 0.00 |
| 10/13/03 | Server Edition Anti - Virus | 30.88 |
| 08/23/04 | Addl Macola System Modules | 5,222.78 |
| | **Subtotal** | **5,253.66** |
| | **Item 2 Subtotal** | **33,176.64** |

**Leasehold Improvements - Canton Facility Lease expires 09/2015**

| | | |
|---|---|---:|
| 12/15/04 | Electrical Billy Taylor | 13,559.47 |
| 11/15/04 | Phone, computer cabling, network | 5,490.95 |
| 06/15/04 | Plant Design and Engineering | 113,216.13 |
| 12/15/04 | Electrical North Cherokee | 90,278.27 |
| 12/15/04 | Labor Moore and Juray | 8,956.89 |
| 12/22/04 | Ventilation in main plant | 2,551.50 |
| 12/15/04 | Sign | 568.06 |
| 12/15/04 | Plumbing | 44,332.35 |
| 01/20/05 | Jacks, faceplates, phone cabling | 1,995.84 |
| | **Subtotal** | **280,949.47** |

**Machinery and Equipment (7-10 years)**

| | | |
|---|---|---:|
| 07/01/00 | Asset Purchase | 199,663.75 |
| 08/17/00 | Forklift | 196.88 |
| 10/27/00 | Scale | 197.76 |
| 11/20/00 | Trash Compactor | 409.80 |
| 12/15/00 | Asphalt Tank | 7,403.69 |
| 12/15/00 | Water Tank | 676.98 |
| 10/26/00 | Transfer Tank | 222.33 |

**AEROSOL PACKAGING, LLC**
**PROPERTY DETAIL**
**06/21/06**

# EXHIBIT B-2

Estimated
**As of 6/30/06**
**NBV**

| | | |
|---|---|---|
| 12/15/00 | BagHouse | 193.58 |
| 09/21/00 | 2 Gassers | 614.58 |
| 03/01/01 | DME Tank | 21,359.33 |
| 04/01/01 | Liquid Line | 7,906.38 |
| 02/01/01 | Scale | 246.26 |
| 06/26/01 | Floor Scrubber | - |
| 08/01/01 | Reconditioned Forklifts | 3,624.52 |
| 08/01/01 | Fan | 656.89 |
| 09/01/01 | Forklift Motor Rebuild | 4,069.87 |
| 02/28/02 | Air Compressor | 5,515.87 |
| 03/30/02 | Tape Machine | 1,471.25 |
| 07/31/02 | Water Bath | 351.85 |
| 07/31/02 | Line 4 Equipment | 1,781.56 |
| 07/31/02 | Labeler / Rewinder | 179.80 |
| 07/31/02 | Bust Back Booth | 4,746.31 |
| 07/31/02 | Air Dryer /  Receiver | 2,514.27 |
| 09/30/02 | Forklift | 4,826.25 |
| 09/30/02 | Burt Labeler | 2,880.02 |
| 10/31/02 | Line 1 Upgrade | 749.49 |
| 11/30/02 | Line 5 Auto Dispense | 498.58 |
| 11/30/02 | Line 2 Gasser/Crimper | 7,610.47 |
| 12/31/02 | Line 1 Accumulator | 4,079.33 |
| 12/31/02 | Lab Scale | 378.00 |
| 12/31/02 | Propane Pump | 589.48 |
| 12/31/02 | Bondo Tanks | 500.00 |
| 01/17/03 | Tank Farm Upgrade | 4,076.22 |
| 03/14/03 | Asphalt Tank & Puming System Upgrade | 1,600.47 |
| 04/24/03 | Schold Mixer & Stainless Steel Totes | 1,642.86 |
| 04/30/03 | Stainless Steel Totes | 657.14 |
| 05/16/03 | Pucks for 35 MM Aerosol Can | 958.95 |
| 06/11/03 | Labelaire 3115 Can Labeler | 16,184.88 |
| 06/11/03 | Valve Adapter Assemblies | 1,229.77 |
| 06/11/03 | Additional Hydraulic Pump | 747.54 |
| 07/22/03 | APO Diaphragm Pump | 1,585.50 |
| 07/29/03 | Line # 2 Gas Head Upgrade | 521.07 |
| 08/12/03 | APO Diaphragm Pump | 1,514.35 |
| 08/31/03 | Trine Roll-Fed Can Labeler | 39,984.83 |
| 08/31/03 | Graco Pump | 892.86 |
| 09/19/03 | Drum Roller For Mixing Chemicals | 2,457.01 |
| 09/30/03 | Line # 4 Water Bath & Upgrade | 3,746.68 |
| 09/30/03 | Induction Sealer | 6,277.86 |
| 10/30/03 | Bumpy Lid & Bolted Clamp | 735.47 |
| 10/31/03 | Prod Upgrade to Add Stainless Steel | 936.90 |
| 10/31/03 | Pucks for Misc. Sizes | 687.20 |
| 11/06/03 | APO Diaphragm Pump | 1,622.81 |
| 11/12/03 | Plastic Tube Applicator to Aerosol Cans | 23,805.59 |
| 11/17/03 | Cap Tightener & Microwave Sealer | 2,029.69 |
| 11/20/03 | Portable Cap Tightener | 6,063.20 |
| 11/25/03 | APO Diaphragm Pump | 1,622.81 |
| 11/30/03 | Line # 3 Upgrade | 82,774.09 |
| 12/30/03 | APO Diaphragm Pump | 1,653.43 |
| 12/31/03 | Labelaire 3115 Change Parts | 279.96 |
| 01/01/04 | Line # 5 Liquid Line Upgrade | 2,756.31 |

**AEROSOL PACKAGING, LLC**
**PROPERTY DETAIL**
**06/21/06**

# EXHIBIT B-2

Estimated
**As of 6/30/06**
**NBV**

| | | |
|---|---|---|
| 01/14/04 | Portable Cap Tightener | 1,573.00 |
| 01/31/04 | 2-50 lb. Test Weights | 113.61 |
| 01/31/04 | 33-Piece Tool Set | 155.90 |
| 02/11/04 | TT-150 Tube Taper | 510.49 |
| 02/29/04 | K2r & Fragrance Pen Tooling | 418.61 |
| 02/29/04 | Manual Lab Crimper | 1,222.25 |
| 03/09/04 | Pucks for Tubs | 322.32 |
| 03/29/04 | Line # 3 Chain | 6,298.16 |
| 03/30/04 | IBC Plastic Tote Bin Agitator | 1,850.72 |
| 03/31/04 | E-Pak Add-On Conveyor & Turn-Table | 6,540.98 |
| 04/14/04 | Labelaire Dual-Sided Pressure-Sensitive Labeler | 29,563.19 |
| 04/14/04 | LPS Cartridge-Filler Machine | 5,807.08 |
| 04/14/04 | Drum Scale | 2,340.13 |
| 04/28/04 | Spray Tube & Table | 690.48 |
| 04/29/04 | In-Feed Product Belt Aligner | 2,922.12 |
| 04/30/04 | CO2 Tank Rebuild | 494.90 |
| 04/30/04 | Two 310 cc Fillers for Line # 2 | 4,663.99 |
| 04/30/04 | Upgrade KP Gasser Equip on Line # 4 | 3,642.48 |
| 04/30/04 | Replace In-Feed Table on Line # 4 | 2,272.70 |
| 05/18/04 | E-Pak Liquid-Filling Machine | 50,936.63 |
| 05/27/04 | Assorted Pucks | 1,054.99 |
| 05/31/04 | Amtech Tube Sealer | 26,163.30 |
| 06/17/04 | New Floor Scale | 299.02 |
| 06/21/04 | Label Table & Applicator (Scale-Related) | 2,344.94 |
| 06/29/04 | Trine Labeler | 41,145.60 |
| 06/30/04 | Pucks for New Tube Product | 1,913.44 |
| 06/30/04 | Corken F-14 Pump | 952.71 |
| 06/30/04 | (2) Worcester Control Valves | 1,135.71 |
| 07/26/04 | Feed Roller for Line # 1 Drive | 2,817.72 |
| 07/26/04 | Conveyor with Rail-Guides | 1,576.17 |
| 07/26/04 | Bondo Pump | 650.20 |
| 07/26/04 | 18" Worm Drive / Line # 1 & 2 Feed Screw | 3,093.88 |
| 07/28/04 | 203 cc Filler & Adj Rods / THRee Fill Heads | 600.81 |
| 07/31/04 | Aero Tech Lab Testing Equipment | 320.25 |
| 09/21/04 | Pallet Racking | 4,405.50 |
| 09/30/04 | 14" Stainless Dispersion Blade | 348.00 |
| 09/30/04 | (5) 30 ml Dispenser | 321.29 |
| 09/30/04 | VWR # 1310 Lab Oven | 638.71 |
| 09/30/04 | Hot Plate | 134.30 |
| 09/30/04 | White Mixing Pails for Batch Room | 468.75 |
| 09/30/04 | Tape Machine Head | 750.00 |
| 10/20/04 | (2) 20 hsp & (1) 10 hsp Dispersion Mixers | 8,750.00 |
| 10/27/04 | (55) Kepner Check Valves | 2,715.43 |
| 10/31/04 | Kennesaw Line # 3 Upgrade to Clean Room Line | 37,180.17 |
| 10/31/04 | Liquid Propane Valves | 3,238.47 |
| 11/11/04 | (4) 5,000 gallon Poly Tanks | 9,797.00 |
| 11/11/04 | Line # 1 / Loc # 1 New Conveyor | 3,212.36 |
| 11/11/04 | Line # 1 / Loc # 2 New Conveyor | 4,559.03 |
| 11/11/04 | Line # 2 / Loc # 1 New Conveyor | 3,212.36 |
| 11/11/04 | Line # 2 / Loc # 2 New Conveyor | 4,559.03 |
| 11/11/04 | Line # 2 / Loc # 4 New Conveyor | 3,450.83 |
| 11/11/04 | Line # 3 / Loc # 1 New Conveyor | 3,549.02 |
| 11/11/04 | Line # 3 / Loc # 2 New Conveyor | 6,074.03 |

**AEROSOL PACKAGING, LLC**
**PROPERTY DETAIL**
**06/21/06**

# EXHIBIT B-2

Estimated
**As of 6/30/06**
**NBV**

| Date | Description | NBV |
|------|-------------|-----|
| 11/11/04 | Line # 4 / Loc # 1 New Conveyor | 3,549.03 |
| 11/11/04 | Line # 4 / Loc # 2 New Conveyor | 3,549.03 |
| 11/11/04 | Line # 4 / Loc # 4 New Conveyor | 2,987.92 |
| 11/11/04 | Line # 4 / Loc # 5 New Conveyor | 3,114.17 |
| 11/11/04 | Line # 6 / Loc # 1 New Conveyor | 6,074.03 |
| 11/14/04 | Elgin Piston-Filling Machine / New Prod Line | 7,154.17 |
| 11/14/04 | Bulldog Drum Pump | 2,514.88 |
| 11/28/04 | (80) Jomar Valves | 1,714.14 |
| 11/28/04 | Labelaire 8" Field Kit / Right Hand | 2,321.43 |
| 11/30/04 | (6) Ultimax Gas Monitors | 7,731.60 |
| 11/30/04 | Rebuild Floor Scrubber | 1,122.02 |
| 11/30/04 | Table-Top Chain | 1,557.06 |
| 11/30/04 | (3) Taper Machines | 9,322.30 |
| 12/05/04 | 14,000 Tanks w/Piping | 23,503.27 |
| 08/31/04 | Forklift Drum Handler | 632.84 |
| 08/31/04 | KP Gravity Bowl | 872.43 |
| 08/31/04 | Line 3 Clevis Clutch Addition | 459.65 |
| 06/30/04 | Assorted Pucks | 2,115.06 |
| 07/30/04 | Line 3 Flow Control | 692.34 |
| 12/22/04 | SR-800 Air Dryer/Compressor | 38,565.35 |
| 12/15/04 | 3/8 Clear Plate Shelves | 2,657.95 |
| 12/31/04 | Process Computer  Lines 1,2,3 | 1,439.58 |
| 12/04/04 | Micron Filters | 2,691.04 |
| 06/15/04 | KP Crimp Cyclinder Repalcement | 2,801.68 |
| 11/30/04 | Stainless Tanks | 19,610.83 |
| 12/31/04 | Pneumatic Cyclinders | 877.26 |
| 12/04/04 | Printer | 8,487.67 |
| 10/27/04 | Warehouse Racking | 15,800.00 |
| 04/30/04 | Rebuild Fill Heads and Gas Heads | 4,084.17 |
| 06/15/04 | Gasser heads and cyclinders | 10,538.63 |
| 02/06/04 | Conveyor | 1,341.28 |
| 06/15/04 | Various fittings for equipment | 31,355.38 |
| 06/15/04 | Machine parts | 2,872.79 |
| 10/22/04 | 14,700 Gallon Natural Gas Liquids Storage Tank #15344 | 10,291.67 |
| 10/22/04 | 4 - Corken F-14 Pumps | 8,095.83 |
| 09/30/05 | Trine Labeler | 58,557.30 |
| 08/30/05 | Collier 2-way radios | 660.92 |
| 08/31/05 | Pump | 2,511.76 |
| 10/31/05 | Forklift battery | 1,312.22 |
| 10/31/05 | Ashland Tank | 28,298.67 |
| 10/31/05 | Terco Line additions | 1,083.34 |
| 01/31/05 | Piping for compressed air system | 42,357.76 |
| 04/30/05 | Batchroom | 959.55 |
| 03/31/05 | Batchrrom scales | 2,796.23 |
| 01/31/05 | Additions to Boiler | 11,556.72 |
| 02/28/05 | Addtiotions to CO2 tank | 759.07 |
| 04/07/05 | Date Coder | 2,904.97 |
| 02/28/05 | Filter Bags | 782.17 |
| 02/25/06 | Flow Meter and Ex-proof panel | 4,085.38 |
| 02/28/05 | Forklifts refurb | 2,426.27 |
| 04/12/05 | Lab equipment | 5,657.49 |
| 07/30/05 | Label machine additions | 1,273.89 |
| 03/31/05 | Line 2 additions | 2,517.07 |

**AEROSOL PACKAGING, LLC**
**PROPERTY DETAIL**
**06/21/06**

# EXHIBIT B-2

Estimated
**As of 6/30/06**
**NBV**

| Date | Description | NBV |
|---|---|---:|
| 03/23/05 | Line 3 Additions | 308.04 |
| 04/16/05 | Line 4 additions | 20,937.87 |
| 02/28/05 | Lines 1 & 2 additions | 3,519.21 |
| 04/30/05 | Relocation and refurbishment of all lines | 457,108.42 |
| 02/17/05 | phone system relocation and timeclock install | 2,519.31 |
| 03/28/05 | Piping all lines | 11,085.04 |
| 01/11/05 | Push Button Station | 548.00 |
| 01/26/05 | Additional warehouse racking | 656.63 |
| 02/28/05 | Silk screen additions | 784.90 |
| 04/06/05 | Solvent tanks installation | 530.00 |
| 03/09/05 | Tank farm additions | 6,156.79 |
| 09/30/05 | Bulk Tank | 1,735.30 |
| 01/11/06 | 44 Portable Fire Extinguishers | 1,354.61 |

|  | **Subtotal** | **1,719,176.69** |
|---|---|---:|

**Vehicles (7 Yrs)**

| 07/29/04 | Pallet Truck & Conveyor | 509.66 |
|---|---|---:|
| 11/28/04 | 1997 24' Scissor Lift | 2,011.90 |

|  | **Subtotal** | **2,521.57** |
|---|---|---:|

|  | **Items 28 and 29 Total** | **2,002,647.73** |
|---|---|---:|

EXHIBIT B-16

## Aging analysis Customers

Report : 650018

| Company | 002 Aerosol Specialties Post | Items | All | Unprocessed | Yes | Customer | All | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | 6/20/2006 | | | Currency | All - DC | Currency rate | Original |
| Age | Invoice date / 0 | Account empl. | All | Scenario | All | Intermediary | | | |
| Status | All | Blocked | All | Pay. meth. | All | | | | |

| Customer | <= 30 days | > 30 &<=60 days | > 60 &<=90 days | > 90 days | Total | Avg. |
|---|---|---|---|---|---|---|
| * MISCELLANEOUS | 1,300.80 | 1,605.60 | 0.00 | 23,304.21 | 26,210.61 | 349.86 |
| ABR01 ABRO INDUSTRIES, INC. | 28.76 | 0.00 | 0.00 | 26,152.60 | 26,181.36 | 352.44 |
| ACK01 R.J. ACKAWAY & ASSOCIATES | 1,373.70 | 17,936.81 | 0.00 | 3,705.34 | 23,015.85 | 275.32 |
| ACT01 ACTION COMPUTER SUPPLIES | 0.00 | 0.00 | 0.00 | 7,396.28 | 7,396.28 | 275.00 |
| ACU01 ACUITY SPECIALTY PRODUCTS | 163,391.31 | 84,549.37 | 0.00 | 323.51 | 248,264.19 | 58.50 |
| AHF01 AMERICAN HOME FOODS | 67,385.37 | 59,804.07 | 6,024.01 | 469.26 | 133,682.71 | 70.30 |
| ALC01 ALCLAD II LACQUERS INC | 0.00 | -6.12 | 0.00 | -59.43 | -65.55 | 144.50 |
| AMA01 AMATEAU, INC. | 0.00 | 0.00 | 0.00 | 578.45 | 578.45 | 231.00 |
| AME07 AME International Inc. | -2,000.00 | 0.00 | 0.00 | 0.00 | -2,000.00 | 29.00 |
| AMR01 Amrep | 2,531.28 | 2,147.87 | 0.00 | -78.81 | 4,600.34 | 119.25 |
| ARO01 AROMATIQUE, INC. | 30,230.00 | 408.00 | 0.00 | 0.00 | 30,638.00 | 31.25 |
| AUT01 Autrey Supply Company Inc. | 60,432.24 | 24,430.48 | -70.42 | 0.00 | 84,792.30 | 37.80 |
| BAG01 BAGDEL, INC. | -30,594.55 | 0.00 | 0.00 | 45,702.23 | 15,107.68 | 234.14 |
| BID01 BIDDISCOMBE | 0.00 | 0.00 | 0.00 | 3,634.33 | 3,634.33 | 162.50 |
| BIR01 BIRDSONG ADHESIVES, INC. | 0.00 | 0.00 | 1,053.34 | 0.00 | 1,053.34 | 90.00 |
| BMC01 BMC MANUFACTURING LLC | 0.00 | 0.00 | 0.00 | 51,403.11 | 51,403.11 | 265.41 |
| BOD01 BODY INVEST LLC | 0.00 | 1,917.63 | 0.00 | 0.00 | 1,917.63 | 34.00 |
| BON01 BONDO CORPORATION | 360.41 | 43,682.94 | 79,990.54 | 1,877.96 | 125,911.85 | 96.81 |
| BRE01 Breeze Products | 0.00 | 7,602.74 | 21,543.38 | 0.00 | 29,146.12 | 67.00 |
| BRO01 BRONZ-GLOW TECHNOLOGIES, INC. | 0.00 | 0.00 | 0.00 | 14,323.82 | 14,323.82 | 662.67 |
| CAR04-GA Cargill Gainesville GA | 0.00 | 8.37 | 535.55 | 0.00 | 543.92 | 48.50 |
| CAR04-OH Cargill Sidney OH | 3,048.85 | 0.00 | 0.00 | 167.24 | 3,216.09 | 82.75 |
| CHE03 CHEMCO INDUSTRIES, INC. | 0.00 | 0.00 | 0.00 | 9,018.27 | 9,018.27 | 723.56 |
| CHE04 CHEMENCE, INC. | 868.80 | 0.00 | 0.00 | 0.00 | 868.80 | 0.00 |
| CHE05 CHEM-TECK INC | 0.00 | 56.25 | 56.25 | 0.00 | 112.50 | 64.50 |
| CIN01 Representaciones Cinco Estrellas | 773.28 | 0.00 | 2,972.16 | 0.00 | 3,745.44 | 44.00 |
| COM02 Commonscents Hunting Products | 131.25 | 0.00 | 0.00 | 0.00 | 131.25 | 20.00 |
| CSD01 CSD, Inc. | 38,068.80 | 0.00 | 0.00 | 0.00 | 38,068.80 | 6.00 |

6/22/2006

| Customer | <= 30 days | > 30 &<=60 days | > 60 &<=90 days | > 90 days | Total | Avg. |
|---|---|---|---|---|---|---|
| CSE01 Common Scents ETC LLC | 0.00 | 0.00 | 0.00 | 63.75 | 63.75 | 173.00 |
| DAR01 Darbi Chemicals | 0.00 | 435.00 | 0.00 | 0.00 | 435.00 | 53.00 |
| DAY01 DAYTONA OIL COMPANY | 0.00 | 1,597.16 | 0.00 | 0.00 | 1,597.16 | 50.00 |
| DEV01 Dever Enterprises LLC | 774.36 | -629.28 | 0.00 | 0.00 | 145.08 | 34.50 |
| DEZ01 THE DEZAC GROUP, LTD | 0.00 | 0.00 | 0.00 | 980.05 | 980.05 | 650.00 |
| DIA01 DIAMONDITE, LLC | 0.00 | 0.00 | 4,832.32 | 0.00 | 4,832.32 | 72.00 |
| DIO01 DIOMEDICS, INC. | -2,254.39 | 0.00 | 0.00 | 3,717.09 | 1,462.70 | 317.25 |
| DIV01 DIVERSIFIED PRODUCTS | 0.00 | 0.00 | 0.00 | 1,242.50 | 1,242.50 | 272.00 |
| DYN01 DYNAFLUX | 0.00 | 0.00 | 2,013.03 | 2,921.52 | 4,934.55 | 285.50 |
| EBI01 TIRE Seal (dba EBI) | 9,339.30 | 0.00 | 560.00 | 333.62 | 10,232.92 | 253.14 |
| ECO01 ECOLINK | 2,809.80 | 0.00 | 0.00 | 44.25 | 2,854.05 | 102.00 |
| EDR01 EDRICH PRODUCTS. INC. | 0.00 | 0.00 | 0.00 | 1,545.04 | 1,545.04 | 541.40 |
| ENG01 ENGINE FOG INC. | 0.00 | 0.00 | 0.00 | 77,566.28 | 77,566.28 | 390.23 |
| FRE01 FREEDOM SCREEN PRINTING SUPPLY | 0.00 | 3,942.29 | 0.00 | 0.00 | 3,942.29 | 48.00 |
| GAI01 Gain Ventures Inc | 112.50 | 0.00 | 0.00 | 0.00 | 112.50 | 20.00 |
| gen01 GENERAL METALS MANUFACTURING & SUPPLY CO | 0.00 | 0.00 | 429.40 | 0.00 | 429.40 | 81.00 |
| GOL01 GOLD CANYON CANDLE, LLC | 0.00 | 21,233.64 | 0.00 | 85.34 | 21,318.98 | 433.50 |
| GRA01 GRANVILLE OIL & CHEMICAL LTD | 494.05 | 0.00 | 2,307.82 | 0.00 | 2,801.87 | 56.60 |
| HAR02 HARVARD CHEMICAL RESEARCH, INC | 779.76 | 0.00 | 0.00 | 0.00 | 779.76 | 1.00 |
| HIL01 HILL MANUFACTURING CO | 4,909.43 | 0.00 | 0.00 | 0.00 | 4,909.43 | 8.00 |
| HYD01 HYDROSOL, INC. | 0.00 | 0.00 | 0.00 | 328.44 | 328.44 | 587.00 |
| HYP01 Hyperlast North America | 5,589.00 | 0.00 | 0.00 | 0.00 | 5,589.00 | 13.50 |
| IMP01 Henkel | 38,699.58 | 3,965.42 | 0.00 | 11,963.37 | 54,628.37 | 82.59 |
| JAX01 JAXON | 0.00 | 0.00 | 0.00 | 5,147.88 | 5,147.88 | 667.00 |
| JMT01 J & M TEXTILE PRODUCTS | 463.35 | 0.00 | 0.00 | 0.00 | 463.35 | 25.00 |
| KNU01 KNUD NIELSEN COMPANY, INC. | 0.00 | 3,844.00 | 1,105.04 | -3,974.90 | 974.14 | 74.40 |
| KRO01 KromeSkin LLC | -2,271.75 | 0.00 | 0.00 | 0.00 | -2,271.75 | 19.50 |
| LEB01 LEBELLE | 1,020.44 | 0.00 | 0.00 | 0.00 | 1,020.44 | 0.00 |
| LEV01 LEVEL ONE CONTACT ADHESIVE,INC | 0.00 | 1,995.65 | 0.00 | 0.00 | 1,995.65 | 46.00 |
| LIF01 Life Automotive Products Inc | 3,607.38 | 19,008.72 | 0.00 | 0.00 | 22,616.10 | 38.00 |
| LPS01 LPS LABORATORIES INC | 0.00 | 0.00 | 0.00 | 1,130.46 | 1,130.46 | 229.00 |
| MAN01 MANISCHEWITZ | 0.00 | 0.00 | 0.00 | 4,693.45 | 4,693.45 | 748.00 |
| MCK01 McKernan Packaging Clearing House | 6,870.29 | 0.00 | 0.00 | 0.00 | 6,870.29 | 17.00 |
| MON01 MONTAGE | 0.00 | 0.00 | 0.00 | 58,174.04 | 58,174.04 | 624.30 |

| Customer | <= 30 days | > 30 &<=60 days | > 60 &<=90 days | > 90 days | Total | Avg. |
|---|---|---|---|---|---|---|
| MOR01 MORSEA INCORPORATED | 187.20 | 23,721.44 | 16,847.74 | 3,510.46 | 44,266.84 | 77.79 |
| MOT01 MOTOR MASTER | -10,700.40 | 0.00 | 0.00 | 0.00 | -10,700.40 | 9.00 |
| MOT02 MOTACOM, INC. | 0.00 | 0.00 | 0.00 | 717.74 | 717.74 | 117.00 |
| MOT03 MotorSports Emporium, Inc. | 1,947.00 | -1,568.00 | 0.00 | 0.00 | 379.00 | 16.33 |
| NAT01 NATIONAL MANUFACTURING, INC. | 0.00 | 0.00 | 0.00 | 17,274.76 | 17,274.76 | 449.33 |
| NIC01 Nik and Associates | 11,048.40 | 7,721.52 | 0.00 | -484.38 | 18,285.54 | 45.15 |
| OME02 Omega Industrial Supply | 0.00 | 112.13 | 0.00 | 382.14 | 494.27 | 83.50 |
| PAR01 PARA CHEM SOUTHERN INC | 0.00 | 0.00 | 0.00 | 25.08 | 25.08 | 599.00 |
| PAR02 PARTS CLEANING TECHNOLOGIES | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 | 628.00 |
| PRE02 PREMA PRODUCTS, INC. | 3,560.89 | 0.00 | 0.00 | 0.00 | 3,560.89 | 6.25 |
| PRO04 Pro Dyes International | 0.00 | 0.00 | 0.00 | 2,505.02 | 2,505.02 | 205.00 |
| PUR01 PURITY CHEMICALS, INC. | 1,399.13 | 0.00 | 0.00 | 0.00 | 1,399.13 | 20.00 |
| QVS01 QVS, INC. | 1,302.72 | 0.00 | 0.00 | 0.00 | 1,302.72 | 25.00 |
| RAI01 RAINBOW TECHNOLOGY | 14,112.09 | 403.24 | 0.00 | 0.00 | 14,515.33 | 24.50 |
| RAQ01 RAQUETTE SALES INTERNATIONAL,I | 7,135.16 | 23,768.08 | 0.00 | 9,237.70 | 40,140.94 | 240.54 |
| RAY01 RAYMOND CORPORATION | 20,441.71 | 2,792.80 | 0.00 | 952.38 | 24,186.89 | 26.60 |
| REA01 RGS LABS, INC. | -930.76 | 118.59 | -377.70 | 5,881.56 | 4,691.69 | 149.30 |
| RED01 RED ROSE | 0.00 | 55,252.01 | 12,024.03 | 39,457.56 | 106,733.60 | 71.90 |
| REM01 REMA TIP-TOP / NORTH AMERICA, INC. | 10,537.94 | 853.64 | 0.00 | 0.00 | 11,391.58 | 13.61 |
| RIT01 RI TEC | 0.00 | 6,320.11 | 0.00 | 0.00 | 6,320.11 | 41.00 |
| SCE01 SCENTSATIONAL SOAPS & CANDLES, INC. | 0.00 | 0.00 | 0.00 | 61,197.26 | 61,197.26 | 650.13 |
| SEN01 SENTRY CHEMICAL COMPANY | 2,878.68 | 0.00 | 0.00 | 3,785.76 | 6,664.44 | 513.64 |
| SHA01 SHADOW TANS, INC. | 0.00 | 375.00 | 1,354.91 | -80.71 | 1,649.20 | 155.33 |
| SPR01 SPRAYS, ETC. | 9,415.04 | 0.00 | 0.00 | 588.16 | 10,003.20 | 83.75 |
| STE02 Stephan Gould | 4,112.64 | 0.00 | 0.00 | 0.00 | 4,112.64 | 13.75 |
| STU01 STUTTON CORPORATION | 0.00 | 0.00 | 43.11 | 0.00 | 43.11 | 82.00 |
| SUP01 SUPREME CHEMICALS OF GA INC | 0.00 | 0.00 | 0.00 | 725.00 | 725.00 | 112.00 |
| TEG01 THE ENHANCE GROUP | 0.00 | 0.00 | -63.36 | 0.00 | -63.36 | 75.00 |
| THE01 THEOCHEM | -1,300.39 | 19,948.00 | 12,480.68 | 0.00 | 31,128.29 | 44.50 |
| THE02 TherMark | -662.40 | 0.00 | 0.00 | 0.00 | -662.40 | 4.00 |
| TRO01 TROPICAL SUN TANNING | 0.00 | 0.00 | 0.00 | 28,864.49 | 28,864.49 | 346.87 |
| USA01 USA INDUSTRIES | 0.00 | 0.00 | 0.00 | 610.75 | 610.75 | 687.33 |
| USC01 U.S. Chemical | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 | 463.00 |
| USS01 U.S. SPECIALTY COATINGS | 75,216.85 | 57,553.20 | 86,488.13 | 0.00 | 219,258.18 | 49.26 |

| Customer | <= 30 days | > 30 &<=60 days | > 60 &<=90 days | > 90 days | Total | Avg. |
|---|---|---|---|---|---|---|
| UTI01 UTILITY WONDER PRODUCTS | 0.00 | 0.00 | 0.00 | 1,153.98 | 1,153.98 | 583.00 |
| UVI01 UView | 29.25 | 131.82 | 20.38 | 0.00 | 181.45 | 51.75 |
| VAC01 VAC-PAC | 25.59 | 0.00 | 2,746.44 | -9,230.11 | -6,458.08 | 87.90 |
| VEC01 VECTRA ENTERPRISES, INC. | 0.00 | 217.54 | 0.00 | 0.00 | 217.54 | 41.00 |
| VIP01 VIPER SCREEN SUPPLY, INC. | 2,052.00 | 0.00 | 0.00 | 0.00 | 2,052.00 | 21.00 |
| WAT01 WATERFALL CREATIONS | 0.00 | 0.00 | 0.00 | 877.49 | 877.49 | 690.00 |
| WCA01 WORLD CLASS ATHLETIC SURFACES, INC. | 0.00 | 0.00 | 0.00 | 2,817.89 | 2,817.89 | 343.50 |
| WHA01 Whaley Distributing Company | 415.00 | 0.00 | 0.00 | 0.00 | 415.00 | 10.50 |
| WIL01 WILDLIFE ARTIST SUPPLY WASCO | 2,545.28 | 0.00 | 0.00 | 0.00 | 2,545.28 | 7.00 |
| WOL01 WOLFSTEINS PRO SERIES | 2,819.16 | 6,542.45 | 309.60 | 490.56 | 10,161.77 | 58.60 |
| WOR01 WORLDKLASS | 0.00 | 0.00 | 0.00 | 14,321.68 | 14,321.68 | 785.67 |
| XCE01 XCEL MANUFACTURING GROUP LTD | 0.00 | 0.00 | 0.00 | 56,664.56 | 56,664.56 | 409.45 |
| ZEN01 ZENEX INTERNATIONAL | -6,943.17 | 7,581.24 | 0.00 | 6,036.47 | 6,674.54 | 125.21 |
| ZIM01 ZIM INTERNATIONAL | 0.00 | 1,620.27 | 0.00 | 69.42 | 1,689.69 | 286.00 |
| **Total** | **558,918.01** | **513,001.69** | **255,226.38** | **602,533.22** | **1,929,679.30** | **193** |
| Percent of balance | **28.96** | **26.58** | **13.23** | **31.22** | | |

| Law Firm File # | Type | Fed Reg # | Submitted | Issues | Legal Description |
|---|---|---|---|---|---|
| 98647.1 | Patent | 60/377,766 | 05/03/02 | Abandonned | Pump Protection Composition and System |
| 98647.2 | Patent | 60/546,234 | 02/20/04 | | Aerosol Fabric Treatment |
| 98647.3 | Patent | 60/546,869 | 02/23/04 | | Aerosol Spray Polish/Wax |
| 98647.4 | Trademark | no reg yet | 02/12/04 | Pending Art | Barnacle Shield |
| 98647.5 | Trademark | 78/381,529 | 03/10/04 | | Aerosol Specialities (and design) |
| 98847.6 | Patent | 60/571,040 | 05/14/04 | | Aerosol Bar-B-Q/Grilling Sauce |

All of these have been handled by the law offices of:

Garvey, Smith, Nehrbass, & Doody, L.L.C.
(504) 835-2000 / Phone
(504) 835-2070 / Fax
Seth Nehrbass / Patent Attorney / ext. 345

EXHIBIT B-22

Aerosol Specialties
Frozen Inventory Summary
As of May-06 Close

|  |  |  | Subledger | Adjustment |
|---|---|---|---|---|
| Cust-Owned |  | 1,806.17 |  |  |
| Fin Goods |  | 162,675.87 | 145,589.70 | 18,892.34 |
| Raw Matl | 0CH | 332,849.26 |  |  |
|  | 0CN | 350,468.03 |  |  |
|  | 0CP | 117,544.56 |  |  |
|  | 0LB | 270,409.86 |  |  |
|  | 0PK | 83,159.80 |  |  |
|  | 0SB | 611.01 |  |  |
|  | 0SC | 5,266.62 |  |  |
|  | 0TB | 0 |  |  |
|  | 0TP | 106,560.86 |  |  |
|  | 0VL | 141,386.70 |  |  |
| Food Service |  | 60,861.26 |  |  |
| Raw Matl Total |  | 1,469,117.96 | 1,469,247.93 | (129.97) |
| WIP |  | 9,096.86 | 21,885.91 | (12,789.05) |
| Grand Total |  | 1,642,696.86 | 1,636,723.54 | 5,973.32 |

# EXHIBIT B-30

Form B6C
(10/05)

In re ___AEROSOL PACKAGING, LLC_____,      Case No. ___06-67096-MHM_____
                        **Debtor**                                                           **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                $125,000.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| −NONE− | | | |

Form B6D
(10 05)

In re  AEROSOL PACKAGING, LLC  ,       Case No.  06-67096-MHM
_____
Debtor                                    (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N/A  BADGER CAPITAL I, LLC 5607 Tradd Drive Greensboro, NC 27455 | | | July, 2005 Equipment See Ex. D-1 VALUE $55,000 | | | | $234,303 | $179,303 |
| ACCOUNT NO.  N/A  BLUE RIDGE INVESTORS LIMITED PARTNERSHIP 300 N. Greene St. #2100 Greensboro, NC 27401 | II | | June 2000 Blanket Lien VALUE $ 0 | | | | $2,315,966 | $2,315,966 |
| ACCOUNT NO.  N/A  WACHOVIA BANK, NA c/o Seyfarth Shaw 1545 Peachtree St., #700 Atlanta, GA 30309 | | | May 2004 Blanket Lien VALUE $ 1,600,000 | | | | $2,450,000 | $850,000 |
| ACCOUNT NO.S  50-00-5595656-8 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-3 00-21-6028-1 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-7 | | | VALUE $ | | | | | |

___ continuation sheets attached

| | | |
|---|---|---|
| | Subtotal ▶ (Total of this page) | $ 5,000,269 |
| | Total ▶ (Use only on last page) | $ 5,000,269 |

(Report total also on Summary of Schedules)

**EXHIBIT**     $D-1$

## Detailed Collateral Description

1. Sullair Model VCC20S-150H – Single stage rotary compressor, Serial number 003-135885.    Includes spiral valve 460V/3/60, WYE-Delta starter option.

2. Sullair Model MPF-910N Mini Pipeline Filter.

3. Sullair Model SR-800 – refrigerated air dryer, serial number 2657030002.

4. Sullair Model MPH-910N – mini-purelescer filter

5. Sullair Model AIR-105H – air receiver, serial number 2548197560

6. Sullair Model VCC15S-100H – single stage rotary compressor, serial number 001-068440.

7. Sullair Model SR-800 – refrigerated air dryer, serial number 2436010001.

8. Garner-Denver GCC-100T – single stage rotary air compressor, serial number GC43LT00058976.

9. Martin Fisher Oil-Air Separator – serial number 6F3VT1001

10. Proceeds and products of all of the foregoing.

Form B6E
(10/05)

In re _AEROSOL PACKAGING, LLC_____,        Case No. _06-67096-MHM_____
              Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☒ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Form B6E Contd
(10/05)

In re  AEROSOL PACKAGING, LLC          ,        Case No.  06-67096-MHM
                    Debtor                                        (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

Form B6E - Cont.
(10/05)

In re AEROSOL PACKAGING, LLC ,      Case No. 06-67096-MHM
_____Debtor_____                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. See Exhibit E-1 listing each employee's priority claims | | | | | | | TOTAL: $22,016 | $22,016 |
| Account No. See Exhibit E-2 listing priority claim of Debtor's 401(k) plan and other employee benefits | | | | | | | $36,204 | $36,204 |
| Account No. See Exhibit E-3 listing priority tax claims | | | | | | | $36,100 | $36,100 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. ___ of ___ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ► (Total of this page)  $ 94,320   $ 94,320

Total ► (Use only on last page of the completed Schedule E. (Report total also on Summary of Schedules)  $ 94,320   $ 94,320

**AEROSOL PACKAGING, LLC**
**CASE NO. 06-67096-MHM**

**EXHIBIT E-1**
**Pre-Petition Wage Claims**

Salaried Employees

| | | |
|---|---|---|
| Macleod, John | 9797 Tulip Tree Ct, Loveland, OH 45140 | $1,384.61 |
| Mcentyre, Kimberly E | 49 Indian Springs Ave, Rydal, GA 30171 | 346.15 |
| Williams, Latrelle | 2281 Leslie Brook Dr, Decatur, GA 30835 | 634.61 |
| Dalton, Alison L | 2139 Summerchase Dr, Woodstock, GA 30189 | 1,078.84 |
| Winstead, Julie | 656 Glenmar Court, Kennesaw, GA 30144 | 403.84 |
| Simonski, Rebecca A | 6222 Autumn View Place, Acworth, GA 30101 | 980.76 |
| Schneiderman, Alan J | 685 River Valley Rd, Atlanta, GA 30328 | 923.07 |
| Rocha, Manuel | 208 Dupree Rd, Lot 73, Woodstock, GA 30189 | 726.92 |
| Persells, Darlene C | 506 River Place, Woodstock, GA 30188 | 750.00 |
| Thompson, Crystal L | 3671 Autumn Leaves Lane, Marietta, GA 30066 | 323.07 |
| Wilkinson, Richard D | 602 Pine Terrace, Canton, GA 30114 | 992.30 |
| Haile, Martha | 3791 Town Sq. Circle, Kennesaw, GA 30144 | 421.73 |
| Knox, Joy C | 647 Bedford Court, Woodstock, GA 30188 | 484.61 |
| Smith, Desiree | 151 Hospital Circle, Canton, GA 30114 | 323.07 |
| | TOTAL | $9,773.58 |

Hourly Employees

| | | |
|---|---|---|
| Floyd, Lonnie W | 911 Clearbrook Course, Marietta, GA 30864 | 480.00 |
| Grant, Kerry | 2072 Glenwood Downs Drive, Decatur, GA 30831 | 360.00 |
| Hayes, Elvin | 3200 Petree Court, Powder Springs, GA 30127 | 336.00 |
| Hightower, Dennis E | 5692 Austell Powder Spgs, #203, Austell, GA 30106 | 288.00 |
| Milian, Mario | 203 N Erwin St., Cartersville, GA 30120 | 324.00 |
| Cespedes, Ubaldo A | 263 MacJohnson Rd, Lot 31, Cartersville, GA 30120 | 288.00 |
| Cifuentes, Lirdam | 6359 Bellsferry Rd, Acworth, GA 30102 | 192.00 |
| Cifuentes, Natan | 6359 Bellsferry Rd, Acworth, GA 30102 | 192.00 |
| Contreras, G, Jose F | 200 Dupree Rd, Lot 73, Woodstock, GA 30189 | 192.00 |
| Correa, Sabino | 61 Floral Dr, Cartersville, GA 30121 | 216.00 |
| Fuentes, Cristina Dolores | 200 Dupree Rd, Lot #74, Woodstock, GA 30189 | 192.00 |
| Galarza, Nereyda | 222 N. Erwin St #202, Cartersville, GA 30120 | 186.00 |
| Gomez, Rosalba | 203 N Erwin St., Cartersville, GA 30120 | 204.00 |
| Jaimes, Gilberto | #6 Briarwood Ln, Cartersville, GA 30121 | 192.00 |
| Milian, Ismael | 221 N Erwin, Cartersville, GA 30120 | 288.00 |
| Milian, Nerida | 203 N Erwin St, Cartersville, GA 30120 | 222.00 |
| Milian, Sergio | 222 N. Erwin St #202, Cartersville, GA 30120 | 192.00 |
| Miranda, Elena | 221 N Erwin St, Cartersville, GA 30120 | 240.00 |
| Nunez, Angela V | 90 Pointe Place Drive, Cartersville, GA 30120 | 198.00 |
| Ochoa, Maribella | 6933 Roswell Rd, Apt D, Atlanta, GA 30328 | 192.00 |

| | | |
|---|---|---|
| Rocha, Norma M | 208 Dupree Rd, Lot #73, Woodstock, GA 30189 | 240.00 |
| Ruiz, Marcos | 23 Gristmill Ln, Cartersville, GA 30120 | 192.00 |
| Stone, Carrie V | 5847 Glade Rd, Acworth, GA 30102 | 217.20 |
| Trejo, Marcela | 112 Bennett Farms Dr, Acworth, GA 30102 | 204.00 |
| Valdez, Pablo | 263 MacJohnson Rd Lot #69,Cartersville,GA 30121 | 235.20 |
| Aguilar, Marcelino Jose | 308 Wood Knoll Ct, Woodstock, GA 30189 | 456.00 |
| Huett, Wesley Keigh | 56 Quail Run, Cartersville, GA 30120 | 408.00 |
| Millsap, Samuel | 397 Old Woodring Rd, Ellijay, GA 30540 | 474.00 |
| Morales, Jose C | 23 Grist Mill, Cartersville, GA 30129 | 228.00 |
| Burger, Tia | 474 Cantrell Ln, Waleski, Ga 30183 | 222.00 |
| Crost, Misty Denise | 205 Nacoochee Way, Canton, Ga 30114 | 223.20 |
| Foo, Rodella | 624 Pine Terrace, Canton, GA 30114 | 288.00 |
| Nipper, Penny R | 4505 Camp Place, Acworth, GA 38102 | 432.48 |
| Silva, Claudia | 402 Mimosa Terrace, Woodstock, GA 30188 | 238.80 |
| Silva, Julio Cesar | 402 Mimosa Terrace, Woodstock, GA 30188 | 264.00 |
| Silva, Oscar | 100 Whitfield Way, Woodstock, GA 30188 | 282.00 |
| Brooks, Marsha J | 4067 Rayburn St, Acworth, GA 30101 | 240.00 |
| Aguilar, Juan | 2738 Country Creek Way, Kennesaw, GA 30152 | 290.40 |
| Croft, Kyle D | 205 Nacoochee Way, Canton, GA 30114 | 380.64 |
| Garcia, Rodolfo | 120 Hideway #50, Woodstock, GA 30188 | 288.00 |
| Garcia, William | 23 Grist Mill Lane, Cartersville, GA 30120 | 288.00 |
| Heard, Howard | 289 MacJohnson Rd, Cartersville, GA 30121 | 288.00 |
| Herrera, Jose | 134 Gilmer Street, Cartersville, GA 30120 | 288.00 |
| Silvia, David | 402 Mimosa Terrace, Woodstock, GA 30188 | 288.00 |
| Walker, Jaquan Kerseem | 1645 Brairbend Ct, Stone Mountain, GA 30088 | 312.00 |
| | TOTAL | $12,241.92 |

**AEROSOL PACKAGING, LLC**
**CASE NO. 06-67096-MHM**

**EXHIBIT E-2**
**Priority claims related to employee benefits**

| No. | Claimant | Type of Claim | Claim Amount |
|-----|----------|---------------|--------------|
| 1) | Aerosol Packaging, LLC 401(k) Plan and Trust 189 Etowah Industrial Ct Canton, GA 30114 | Withheld Employee Contributions and Employer's matching obligation | $    484.22 |
| 2) | Blue Cross Blue Shield of Georgia PO Box 100376 Atlanta, GA 30384 | Employee Group Health Insurance | $ 21,926 |
| 3) | FFVA Mutual Insurance Company PO Box 948239 Maitland, FL 32794 | Workers' Compensation Insurance Premium | $  6,838 |
| 4) | AFLAC 1932 Wynnton Road Columbus, GA 31999 | Employees' Supplemental Insurance | $  2,868 |
| 5) | Genworth Financial 100 Bright Meadow Blvd Stop 1E204 PO Box 1955 Enfield, CT 06083 | Employee Group Dental and Disability Insurance | $  4,087.97 |
| | | **TOTAL:** | **$36,204.19** |

**AEROSOL PACKAGING, LLC**
**CASE NO. 06-67096-MHM**

**EXHIBIT E-3**
**Priority tax claims**

| No. | Claimant | Type of Claim | Claim Amount |
|---|---|---|---|
| 1) | Cherokee County Tax Assessor<br>100 North Street<br>Suite G-20<br>Canton, Georgia 30114 | Accrued Property Taxes for 2006 | $ 25,000 |
| 2) | Internal Revenue Service<br>Atlanta, Georgia 39901 | Withheld Employee Income Taxes; Employee's Payroll Taxes; Employer's FICA/FUTA payments | $ 7,500 est. |
| 3) | Georgia Department of Revenue<br>Rome Regional Office<br>1401 Dean Street, Suite E<br>Rome, GA 30161 | Withheld Employee Income Taxes; Employer's Payroll Taxes | $ 3,600 est. |
| | | **TOTAL:** | **$ 36,100** |

In re AEROSOL PACKAGING, LLC                    ,          Case No.    06-67096-MHM
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> See Exhibit F-1 for listing of unsecured claims held by Non-Vendors | | | | | | | TOTAL: 2,474,186 |
| ACCOUNT NO. <br><br> See Exhibit F-2 for listing of unsecured claims of Vendors | | | | | | | 2,682,816 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no.___of___sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 5157002

Total ▶ | $ 5157002
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

## Exhibit F-1

## UNSECURED CLAIMS HELD BY NON-VENDORS

1)  GENEVA MERCHANT BANKING PARTNERS
300 N. GREENE STREET, SUITE 2100
GREENSBORO, NC 27401

Holds a **Disputed Unsecured** Claim in the amount of $1,600,000 plus interest.
No security interest in the Debtor's property was perfected under its loan
documents, and said claim is subject to equitable subordination.

2)  HUGHES, DAVID and WENAL, HAROLD
218 BUSINESS CENTER DRIVE
STOCKBRIDGE, GEORGIA 30281

Jointly hold a **liquidated unsecured** claim in the amount of $351,000 arising
from a secured but unperfected loan to the  Company.

3)  MISTY SPRAY, LLC
218 BUSINESS CENTER DRIVE
STOCKBRIDGE, GEORGIA 30281

Holds a **liquidated unsecured** claim in the amount of $435,807.76 arising from
accrued rent, interest, and late fees on the lease of the building and land on which
the Debtor's plant sits

4)  VANSANT, THOMAS
744 WINDRIFT DRIVE
DALLAS, GA  30132

Holds an **Unliquidated** claim having a value of approximately $61,000
for consulting services rendered and a non-competition covenant

5)      ASHLAND DISTRIBUTION COMPANY
         PO BOX 2219
         COLUMBUS, OH 43216

         Holds a **liquidated unsecured** claim in the amount of $26,378.27
         for monies lent to acquire equipment

TOTAL NON-VENDOR UNSECURED CLAIMS: **<u>$2,474,186.03</u>**

# EXHIBIT F-2
## VENDOR UNSECURED CREDITORS

| Vendor | Total |
|---|---|
| AAA01 AAA COOPER TRANSPORTATION | 127.18 |
| ACT01 ACTION TECHNOLOGY, INC | 4,893.75 |
| ADM01 Admix Inc | 356.29 |
| ADM02 ADMIRAL PRODUCTS INC | 1,267.99 |
| ADT01 ADT | 110.85 |
| ADV04 ADVANCE SUPPLY | 674.58 |
| ADV05 Advance Drum Service Inc | 1,204.00 |
| AER01 AEROPRES CORPORATION | 444,476.83 |
| AER02 AERO TECH LABORATORY EQUIP | 273.11 |
| AFF01 AFFORDABLE TESTING | 225.00 |
| AFL01 AFLAC | 1,303.02 |
| AIR01 AIRGAS | 462.78 |
| AIR03 AIRSTAR/PRAXAIR DISTRIBUTION | 391.47 |
| AIR04 AIR PRODUCTS COMPANY | 3,352.74 |
| ALC01 ALCHEM CHEMICAL COMPANY | 47,255.22 |
| ALL01 ALLEGHENEY PETROLEUM | 173.29 |
| ALL04 ALLTEL | 3,338.34 |
| ALP03 ALPHA AROMATICS | 3,029.46 |
| AME03 AMERIPOL SYNPOL | -234.00 |
| AME06 AMERICAN EXPRESS | 14,424.18 |
| AME08 WS Packaging | -639.08 |
| AME11 AMERICAN TRIPOLI, INC. | 1,061.20 |
| AME12 American Technology Inc | 695.00 |
| AMR01 AMREP INC. | 3,888.00 |
| ARO02 AROMATIC FRAGRANCES & FLAVORS INTL | 776.69 |
| ARY01 ARYLESSENCE, INC. | 11,326.77 |
| ASH01 ASHLAND CHEMICAL COMPANY | 111,136.32 |
| ASS01 ASSOCIATED PAPER | 51.80 |
| ASS03 ASSOCIATED PACKAGING, INC. | 918.06 |
| ATL01 ATLANTA SCREEN SERVICES, INC. | 628.75 |
| ATL03 ATLANTA FRAGRANCE | 97.50 |
| ATL05 Atlanta Boiler & Mechanical | 510.62 |
| AVA01 AVAYA FINANCIAL SERVICES | 357.80 |
| AVE01 AVERITT EXPRESS | 2,678.62 |
| AWS01 A&W SOLUTIONS, INC. | 25,990.00 |
| BAD01 Badger Capital I, LLC | 13,000.00 |
| BAY01 Bayer Crop Science LLC | -1.08 |
| BEL01 BELL SOUTH ADVERTISING | 1,946.61 |
| BEL03 BELL FLAVORS & FRAGRANCES | -10.00 |
| BEL04 BELLSOUTH | 188.74 |
| BER01 BERRY PLASTICS CORPORATION | 1,891.24 |
| BER02 Berlin Packaging LLC | 1,947.40 |
| BIB01 BIBB CONTROL SYSTEMS | 763.86 |
| BJH01 B & J HYDRAULICS COMPANY | 250.33 |
| BLA01 BLAKE & PENDLETON, INC. | -1,403.96 |

| | |
|---|---|
| BLU03 BLUE CROSS/BLUE SHIELD OF GEORGIA | 23,827.32 |
| BON01 BONDO CORPORATION | 5,323.00 |
| BRE01 BRENNTAG MID-SOUTH, INC. | 39,084.11 |
| BRO02 Brookfield Engineering Laboratories | 82.80 |
| BSB01 BSB PLUMBING & MILLWRIGHT SERVICES, II | 6,755.32 |
| BUD01 Budget Conferencing | 15.20 |
| BUR03 BURR & FORMAN, LLP | 967.66 |
| BUR04 BURGESS PIGMENT COMPANY | 7,308.00 |
| BWA01 BWAY CORPORATION | 156,269.72 |
| BWA02 BWAY CORPORATION | 8,305.90 |
| C&C01 C&C OIL COMPANY | 640.00 |
| CAP01 CAP & SEAL COMPANY | 14,880.16 |
| CAP02 CAPITAL TRANSPORTATION SOLUTIONS | 893.16 |
| CAR05 **CARAUSTAR Purchased by RTS Pkg | 2,193.60 |
| CAR07 CARGIL INC | 12,846.26 |
| CAR08 CARTERSVILLE CHEMICAL & PKG | 2,962.15 |
| CAS01 CA SPECIALTIES, LTD. | 1,268.76 |
| CBE01 CBEYOND | 1,631.32 |
| CCL01 CCL CONTAINER | 44,828.57 |
| CEN02 Central Transport | 1,033.52 |
| CHA07 Chapman Tool, Inc | 50.00 |
| CHE01 CHEM CENTRAL CORPORATION | -560.50 |
| CHE05 CHEMPOINT | 4,880.95 |
| CIT05 City of Canton | 1,413.43 |
| CIT06 CIT Technology Fin Serv Inc. | 498.00 |
| CLD01 CL&D GRAPHICS | 132,239.10 |
| COB02 COBRA PLASTICS, INC | -678.08 |
| COL05 Collier 2-Way Communications | 1.00 |
| COM01 COMPLIANCE TECHNOLOGIES INC | 10,302.00 |
| CON01 Consolidated Label Co. | 1,760.57 |
| COO03 Cool Tech HVAC, Inc. | 372.95 |
| COU01 Couriersouth | 510.71 |
| CRE01 Creative Document Solutions | 528.38 |
| CRO01 CROWN CORK & SEAL USA INC | 145,115.84 |
| CUR01 CURTIS 1000 | 991.75 |
| DAV01 DAVIS DELIVERY SERVICE INC | 999.95 |
| DAY01 DAYGLO COLOR CORP. | -220.13 |
| DES01 DESIGN PACKAGING INC | 110,347.89 |
| DEX01 DEXCO POLYMERS | 450.00 |
| DIX01 Dixon Hughes PLLC | 11,000.00 |
| DYK01 DYKEMA RUBBER BAND COMPANY | 55.99 |
| EAG01 Eagle Vending Co., Inc. | 32.10 |
| ELK01 ELK LOGISTICS | 4,710.00 |
| EST01 ESTES EXPRESS LINES | 22,754.41 |
| EXP01 EXPRESS PERSONNEL SERVICES (Texas) | 2,434.11 |
| EYE01 EYELET DESIGN, ETC. | 24,894.21 |
| FAI01 FAIRBANKS SCALES | 1,884.64 |
| FED02 FEDEX | 4,144.04 |
| FOR03 FORTNER COMMUNICATINS, INC. | 1,693.62 |
| GAR01 GARDNER & SONS | 2,565.00 |
| GAR02 GARVEY, SMITH, NEHRASS & DOODY | 3,849.85 |

| | |
|---|---|
| GAS01 GAS EQUIPMENT SUPPLY CO | 290.38 |
| GEO02 GEORGIA AUTOMATION | 118.93 |
| GEO06 GEO SPECIALTY CHEMICAL INC | 652.00 |
| GEO13 GEORGIA POWER | 10,474.81 |
| GLO01 Global Employment Solutions | 6,504.54 |
| GPM01 GPM, INC. | 80.52 |
| GRE01 GEO. H. GREEN OIL | 508.46 |
| HAB01 HABIF, AROGETI & WYNNE, LLP | 10,507.58 |
| HAR02 HARWICK STANDARD DISTRIBUTION | 373.69 |
| hen01 Henkel Corporation | 9,345.93 |
| HES01 HESCO | 434.86 |
| HOW02 Howard Sheppard, Inc. | 549.01 |
| IFC01 IFCO ICS GEORGIA INC. | 6,236.00 |
| IND02 Industrial Packaging | 5,511.94 |
| INF01 INFINEUM USA LP | -554.80 |
| INF02 Infiniti Financial Services | 487.43 |
| INM01 INMARK, INC. | 12,552.40 |
| INS01 INSTA PRESS | 763.34 |
| INS03 EXACT INSPIRED SOLUTIONS | 7,410.98 |
| INT07 ICLS (Internet Corporation Listing Service) | 70.00 |
| ISP01 ISP TECHNOLOGIES | 18.00 |
| IVE01 Iverson Language Assoc., Inc | 388.00 |
| JAB01 JABO INC | -2,471.60 |
| JAC01 JACKSON TRUCKING COMPANY | 5,715.34 |
| JGM01 JG MACHINE WORKS INC | 1,981.22 |
| JPM01 JPM Labs | 75.81 |
| KCF01 K.C. FLUID POWER, INC. | 662.29 |
| KDM01 KDM POP SOLUTIONS | -150.00 |
| KEN01 Kennestone Hospital | 149.00 |
| KEP01 KEPNER PRODUCTS | 312.40 |
| KIL01 KILE MACHINE & TOOL, INC. | 1,109.25 |
| LAB01 LABELMASTER | 43.05 |
| LAB02 LAB SAFETY SUPPLY INC | 300.58 |
| LAM01 LAMBENT TECHNOLOGIES CORP. | -0.94 |
| LAN02 LANCE OIL COMPANY | 45.00 |
| LAN03 LANIER WORLDWIDE, INC. | 123.08 |
| LIN03 LINDE | 1,868.20 |
| LIN04 LINDAL PACKAGING SYSTEMS | 1,370.00 |
| LOB01 LOBO, M.B.F., INC. | 13,163.85 |
| LOG01 LOGI-TRANS INC. FRT | 10,898.00 |
| LOS01 LOSOREA | 25,637.60 |
| LPS01 LPS LABORATORIES | 857.62 |
| LUB01 LUBRIZOL CORPORATION | 1,389.90 |
| MAC01 EXACT MACOLA INC. | 2,408.41 |
| mar14 Scott Margulies | -500.00 |
| MAS01 MASTERMAN'S LLP | 351.97 |
| MCC01 MCCULLOUGH & ASSOCIATES | -1,116.90 |
| MCM01 MCMASTER CARR | 4,710.28 |
| MCM02 MCMENNAMY-NAFZIGER & ASSOC | 0.05 |
| MCS01 MCSUPPLY INC | 605.00 |
| MER01 Terry M. Merrill | 376.64 |
| met01 Metalcote | 614.25 |

Page 3

| | |
|---|---:|
| MGK01 MCLAUGHLIN GORMLEY KING CO | 306.25 |
| MIL01 MILLER'S PRECISION ENTERPRISES,INC | 607.00 |
| MIN02 MINERAL & PIGMENT SOULTIONS, INC. | -63.10 |
| MNE01 M & E ELECTRICAL SERVICES, INC. | 335.46 |
| MOR01 MORSEA, INC. | 18,770.77 |
| MOR02 MORFLEX INC | 2,128.01 |
| MOT01 MOTION INDUSTRIES, INC. | -16.24 |
| MUL01 MULTICELL PACKAGING INC | -2,019.60 |
| NAV01 NAVIGANT CONSULTING | 37,061.61 |
| NDN01 NDNLS - NATIONAL DOMAIN LISTING SERVIC | 49.95 |
| NEW01 NEWMAN GREEN | 55,139.24 |
| NOR02 NORDSON | 195.11 |
| OME01 OMEGA  DO NOT USE SEE INSIGNIA | 262.00 |
| ONT01 On The Spot Trucking | 10,800.00 |
| OVE01 OVERNITE TRANSPORT | 111,070.18 |
| OWE01 OWENS CORNING | 47,502.00 |
| PAC02 PACKAGING TECHNOLOGIES | 1,559.41 |
| PAG01 M. PAGE & CO. INC. | 2,031.80 |
| PEA04 PEACHTREE TECHNOLOGY ASSOCIATES, IN | 8,581.29 |
| PET03 PETERSON & ASSOCIATES | 8,250.00 |
| PIT01 PITNEY BOWES INC | 216.21 |
| PMC01 PMC SPECIALTIES GROUP | 260.04 |
| PNE PNEUMATIC SCALE | 1,983.71 |
| POE01 POE01 | 681.65 |
| PRA01 2qqw | 5,795.00 |
| PRE01 PRECISION VALVE CORPORATION | 64,501.42 |
| PUM02 PUMPING SYSTEMS | 0.00 |
| PUR01 PURCHASE POWER | 1,007.39 |
| PYE02 PYE BARKER SUPPLY CO | 440.70 |
| PYL01 PYLAM | -17.18 |
| QPA01 Q PANEL LAB PRODUCTS | 222.68 |
| QUA02 QUANTUM RADIOLOGY NORTHWEST | 24.00 |
| QUI01 Quick Logistics, LLC | 264.85 |
| QUI02 Quill | 2,120.23 |
| RAC01 Rackow Polymers Corporation | 2,183.36 |
| RAY01 RAYPRESS CORPORATION | 1,397.03 |
| RAY02 Ray Camp Company | 395.80 |
| REE01 REECE SUPPLY COMPANY | -25.27 |
| RHO01 RHODIA, INC. | 1,242.90 |
| RLC01 R & L CARRIERS INC. | 2,487.84 |
| ROA01 ROADWAY EXPRESS INC | 287.85 |
| ROH01 ROHM AND HAAS COMPANY | 11,439.57 |
| ROH02 ROHRER CORPORATION | -950.00 |
| ROS02 ROSS MIXING | 8,855.40 |
| RSD01 RS INDUSTRIAL, INC | 301.08 |
| rts01 RTS Packaging, LLC | 1,103.04 |
| SAA01 SAATI PRINT | 72.91 |
| SAR01 SARTOMER COMPANY | 180.00 |
| SEA02 SEAQUIST PERFECT DISPENSING | 53,381.66 |
| SEA03 SEALAND CHEMICAL | -4.00 |
| SEL01 SELF RECYCLING, INC. | 550.72 |
| SEW01 SEWELL PRINTING | 874.50 |

| | |
|---|---:|
| SHA04 Sharp Graphics & Printing | 102.90 |
| SHE01 SHEET METAL COMPONENTS, INC | -4,912.96 |
| SHE02 SHELL ENERGY SERVICES | 5,241.47 |
| SIM03 Rebecca Simonski | -757.87 |
| SMI01 E SMITH HEATING & AIR | 70.00 |
| SMI04 SMITH WELDING PRODUCTS, INC | 210.00 |
| SOL03 SOLAE, LLC. | -179.52 |
| SOU02 SOUTHERN OFFICE MACHINES | 1,541.10 |
| SOU04 SOUTHEASTERN INDUSTRIAL CONTRACTIN | 1,097.50 |
| SPE03 SPECIALTY LUBRICANTS CORP. | 947.43 |
| SPR03 SPRAYERS PLUS | 450.00 |
| SPR04 SPRAY'S ETC | 216.00 |
| SPR05 SPRAY TECHNOLOGIES | 2,703.70 |
| STA06 STALLINGS INDUSTRIES | 502.47 |
| STO01 STONE ENVIRONMENTAL SERVICES | -56.32 |
| STR01 John J Strauss PC | 100.00 |
| SUM01 SUMMIT PACKAGING SYSTEMS | 61,888.86 |
| TAI01 Tailwind Logistics, LLC | 2,650.00 |
| TEM02 TEMPS EXCEL, INC. | 92,721.72 |
| TER01 TERCO | 1,873.75 |
| THR02 THREADS FOR THE SOUTH | -552.40 |
| TOM01 TOMMY NOBIS CENTER | 3,688.66 |
| TOM03 A. THOMAS FARRIS & SON, INC. | 949.56 |
| TOY01 TOYOTA FORKLIFTS OF ATLANTA | 13,007.35 |
| TRE01 TREXAN CHEMICAL INC | 15.00 |
| TRI04 TRIAD LUBRICATION COMPONENTS,LLC | 872.00 |
| TUC01 TUCKER CASTLEBERRY PRINTING | 2,524.47 |
| UND01 UNDERWOOD MOLD COMPANY, INC. | 9,523.88 |
| UNI01 UNITED PARCEL SERVICE #45 | 4,766.28 |
| UNI02 UNITECH PREPRESS SOLUTIONS, INC. | 5,270.90 |
| UNI05 UNIVAR USA, INC. | 75,365.80 |
| USC01 UNITED STATES CAN COMPANY | 253,450.32 |
| USF01 USF RED STAR | 110.93 |
| USF04 U.S. FILTER | 1,360.00 |
| USF05 U.S. Financial Life | 1,914.00 |
| VAN02 R T VANDERBILT COMPANY | 15.00 |
| VID01 VIDEOJET TECHNOLOGIES, INC. | 2,032.02 |
| VIS02 VISY RECYCLING, INC. | 801.25 |
| VWR01 VWR SCIENTIFIC PRODUCTS | 735.28 |
| WAI01 WAITS & WILLIAMS SPRINKLER CO | 335.00 |
| WAL02 Walgreens | 110.46 |
| WAR02 Warehouse Associates | 270.00 |
| WAS01 WASTE MANAGEMENT OF ATLANTA | 2,428.55 |
| WAT02 WATKINS MOTOR LINES, INC. | 777.14 |
| WHI01 WHITAKER OIL COMPANY | -1,248.33 |
| WIL06 John Williamson | 292.50 |
| WOR02 Working RX | 10.10 |
| YEL01 YELLOW FREIGHT SYSTEM, INC. | 4,314.12 |
| YEL02 YELLOW PAGES | 891.00 |
| **Total** | **2,682,816.23** |

CARAUSTAR
c/o BANK OF AMERICA
PO BOX 403028
ATLANTA, GA  30384-3028

2QQW
1100 COBB PARKWAY, N., SUITE C
MARIETTA, GA  30062

A&W SOLUTIONS, INC.
1050 SHILOH ROAD
KENNESAW, GA  30144

A. THOMAS FARRIS & SON, INC.

1310 FLAGLER DRIVE
MAMARONECK, NY  10543

AAA COOPER TRANSPORTATION
P.O. BOX 6827
DOTHAN, AL  36302

ACCRAPLY INCORPORATED
PO BOX 95635
CHICAGO, IL  60694-5635

ACTION TECHNOLOGY INC
PO BOX 18400
NEWARK, NJ  07191

ADMIRAL PRODUCTS INC
4101 W. 150TH STREET
CLEVELAND, OH  44135-1303

ADMIX INC
234 ABBY ROAD
MANCHESTER, NH  03103-3332

ADT
PO BOX 371967
PITTSBURG, PA  15250-7967

ADVANCE DRUM SERVICE INC
1835 DICKERSON DRIVE
MABLETON, GA  30126

ADVANCE SUPPLY INC
PO BOX 1856
KENNESAW, GA  30156

AERO TECH LABORATORY EQUIP
7261 STATE HIGHWAY 7
MARYLAND, NY  12116-2321

AEROPRES CORPORATION
P.O. BOX 78588
SHREVEPORT, LA  71137-8588

AFFORDABLE TESTING
PO BOX 1094
ACWORTH, GA  30101

AFLAC INCORPORATED
ATTN: REMITTANCE PROCESSING SERVICES
1932 WYNNTON ROAD
COLUMBUS, GA  31999-0001

AIB INTERNATIONAL
1213 BAKERS WAY
MANHATTAN, KS  66505-3999

AICCO, INC.
P.O. BOX 200455
DALLAS, TX  75320-0455

AIR PRODUCTS COMPANY
2827 BROOKWOOD ROAD
CUMMING, GA  30041

AIRGAS
P.O. BOX 532609
ATLANTA, GA  30353-2609

AIRSTAR/PRAXAIR DISTRIBUTION INC
DEPT AT40174
ATLANTA, GA  31192-0174

ALCHEM CHEMICAL COMPANY
P O BOX 934085
ATLANTA, GA  31193

ALLEGHENEY PETROLEUM PRODUCTS
999 AIRBRAKE AVE
WILMERDING, PA  15148

ALLTEL
P.O. BOX 530533
ATLANTA, GA  30353-0533

ALPHA AROMATICS L.P.
294 ALPHA DRIVE
FOX CHAPEL, PA  15238

AMERICAN EXPRESS
PO BOX 360002
FT. LAUDERDALE, FL  33336-0002

AMERICAN TECHNOLOGY, INC.
PO BOX 13739
Newark, NJ  07188-0739

AMERICAN TRIPOLI, INC.
P.O. BOX 489
SENECA, MI  64865

AMERICOMM/WS PACKAGING GROUP INC.
P.O. BOX 660
WILTON, NH  03086

AMERIPOL SYNPOL
DPT 93
HOUSTON, TX 77210-4346

AMERITECH CORP.
P O BOX 9055
MARIETTA, GA  30065

AMREP INC.
P.O. BOX 945896
ATLANTA, GA  30394-5896

AROMATIC FRAGRANCES & FLAVORS INTL
1265-A KENNESTONE CIRCLE
MARIETTA, GA  30066

ARYLESSENCE, INC.
1091 LAKE DRIVE
MARIETTA, GA  30066

ASHLAND INC
PO BOX 101489
ATLANTA, GA  30392-1489

ASSOCIATED PACKAGING, INC.
P.O. BOX 440088
NASHVILLE, TN  37244-0088

ASSOCIATED PAPER
P.O. BOX 80427
CONYERS, GA  30013

ATLANTA BOILER & MECHANICAL
PO BOX 1220
POWDER SPRINGS, GA  30127

ATLANTA FRAGRANCE INC.
1640 COBB INTERNATIONAL BLVD
KENNESAW, GA  30152

ATLANTA JOURNAL
P.O. BOX 105375
ATLANTA, GA  30348-5375

ATLANTA SCREEN SERVICES, INC.
4515 WATERTON CIRCLE
HOSCHTON, GA  30548

AVAYA FINANCIAL SERVICES
P O BOX 93000
CHICAGO, IL  60673-3000

AVERITT EXPRESS
P O BOX 3145
COOKEVILLE, TN 38502-3145

B & J HYDRAULICS COMPANY
1661 OLD HWY 41
MARIETTA, GA  30060

BADGER CAPITAL I, LLC
c/o KEVIN JESSUP
5607 TRADD DRIVE
GREENSBORO, NC  27455

BAYER CROP SCIENCE LLC
2TW ALEXANDER DRIVE
RESEARCH TRIANGLE PARK, NC  27709

BELL FLAVORS & FRAGRANCES INC.
3533 PAYSPHERE CIRCLE
LOCK BOX
CHICAGO, IL  60674

BELL SOUTH ADVERTISING &
PUBLISHING CORP
P O BOX 277952
ATLANTA, GA  30384-7952

BELLSOUTH
P.O. BOX 105262
ATLANTA, GA  30348-5262

BERLIN PACKAGING LLC
P O BOX 95584
CHICAGO, IL  60694-5584

BERRY PLASTICS CORPORATION
P.O. BOX 633485
CINCINNATI, OH  45263-3485

BIBB CONTROL SYSTEMS
2909 LANIER HEIGHTS RD
MACON, GA  31217

BICKLEY, H. THOMAS
313 WEATHERSTONE LANE
MARIETTA, GA 30068

BLAKE & PENDLETON, INC.
PO BOX 890899
CHARLOTTE, NC  28289-0899

BLUE CROSS/BLUE SHIELD OF GEORGIA
PO BOX 100376
ATLANTA, GA  30384-0376

BLUE RIDGE INVESTORS II, LP
300 NORTH GREENE STREET
GREENSBORO, NC  27401

BLUE RIDGE MOUNTAIN WATERS
PO BOX 48509
ATLANTA, GA  30362-1509

BOBSON HYGIENE INTERNATIONAL, INC.
P.O. BOX 17-23 HSIN-CHUANG
AIPEI 242, TAIWAN

BONDO CORPORATION
3700 ATLANTA IND PARKWAY
ATLANTA, GA  30331

BO'S PALLETS, INC
2427 HWY 140 NW
ADAIRSVILLE, GA  30103

BRENNTAG MID-SOUTH, INC.
3796 RELIABLE PKWY
CHICAGO, IL  60686-0037

BROOKFIELD ENGINEERING LABORATORIES
INC
11 COMMERCE BLVD.
MIDDLEBORO, MA  02346-1031

BSB PLUMBING & MILLWRIGHT
SERVICES,INC.
334 ALPINE DRIVE
SAUTES-NACOOCHEE, GA  30571

BURGESS PIGMENT COMPANY
BOX 349
SANDERSVILLE, GA  31082

BURR & FORMAN, LLP
420 NORTH 20TH STREET
BIRMINGHAM, AL  35203

BWAY CORPORATION
P.O. BOX 277306
ATLANTA, GA  30384-7306

C H POWELL COMPANY
PO BOX 752074
CHARLOTTE, NC  28275-2074

C&C OIL COMPANY
1591 BIG SHANTY DR
KENNESAW, GA  30144

CA SPECIALTIES, LTD.
P.O. BOX 9
CHESTER, SC  29706

CANNON, TOM
PO BOX 66646
ST. PETERSBURG, FL  33736

CAP & SEAL COMPANY
1591 FLEETWOOD DRIVE
ELGIN, IL  60123

CAPITAL TRANSPORTATION SOLUTIONS
1915 VAUGHN ROAD
KENNESAW, GA  30144

CARGIL INC
P O BOX 198323
ATLANTA, GA  30384

CARTERSVILLE CHEMICAL & PKG
P.O. BOX 2617
CARTERSVILLE, GA  30120

CBEYOND COMMUNICATIONS
P.O. BOX 406815
ATLANTA, GA  30384-6815

CCL CONTAINER
ONE LLODIO DRIVE
HERMITAGE, PA  16148-9015

CENTRAL TRANSPORT INTL INC
PO BOX 33299
DETROIT, MI  48232

CHAPMAN TOOL, INC
173 HICKORY SPRINGS INDUSTRIAL
CANTON, GA  30115

CHEM CENTRAL CORPORATION
P.O. BOX 409321
ATLANTA, GA  30384-9321

CHEMPOINT.COM
411 108TH AVENUE NE
BELLEVUE, WA  98004

CHEMTREC
ACCOUNTS RECEIVABLE
PO BOX 791383
BALTIMORE, MD  21279-1383

CINTAS CORPORATION #071
3600 KENNESAW 75 PWKY
KENNESAW, GA  30144

CIT TECHNOLOGY FIN SERV INC.
21146 NETWORK PLACE
CHICAGO, IL  60673-1211

CITY OF CANTON
151 ELIZABETH STREET
CANTON, GA  30114

CL&D GRAPHICS INC.
P.O. BOX 88739
MILWAUKEE, WI  53288-8739

CLEAN NET USA
3577-A CHAMBLEE-TUCKER RD
ATLANTA, GA  30341

CLIFF'S FIRE EXTINGUISHER
311 BELL PARK DRIVE
WOODSTOCK, GA  30188

COAST TO COAST COMPUTER PRODUCTS
PO BOX 2418
NORTH HILLS, CA  91393

COBRA PLASTICS, INC
1624 HIGHLAND ROAD
TWINSBURG, OH  44087

COLUMBUS FOODS COMPANY
730 NORTH ALBANY
CHICAGO, IL  60612

COMPLIANCE TECHNOLOGIES INC
135 MIRRAMONT LAKE DRIVE
WOODSTOCK, GA  30189

CON WAY SOUTHERN EXPRESS
P.O. BOX 660240
DALLAS, TX  75266-0240

CONSOLIDATED LABEL CO.
3605 FIELDSTONE CROSSING
ALPHARETTA, GA  30005

COOK'S PEST CONTROL
777 SOUTH MARIETTA PARKWAY
MARIETTA, GA  30060

COOL TECH HVAC, INC.
192 GATEWAY DRIVE
CANTON, GA  30115

COURIERSOUTH INC
PO BOX 921427
NORCROSS, GA  30010

CREATIVE DOCUMENT SOLUTIONS
1629 MARION-WALDO ROAD
MARION, OH  43302

CROWN CORK & SEAL USA INC
1440 PAYSPHERE CIRCLE
CHICAGO, IL  60674

CURTIS 1000 INC
1725 BRECKINRIDGE PARKWAY
DULUTH, GA  30096-7566

DANCING GRAPHICS, INC.
608 TWIN BROOKS WAY
MARIETTA, GA  30067

DAVIS DELIVERY SERVICE INC
5855-O OAKBROOK PARKWAY
NORCROSS, GA  30093

DAYGLO COLOR CORP.
P O BOX 5719-N
CLEVELAND, OH  44193

DESIGN PACKAGING INC
P O BOX 933017
ATLANTA, GA  31193-3017

DEXCO POLYMERS LP
P.O. BOX 7247-8101
PHILADELPHIA, PA  19170-8101

DIVERSIFIED BRANDS
P O BOX 402347
ATLANTA, GA  30384-2347

DIVERSIFIED CPC INTERNATIONAL
13767 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

DIXON HUGHES PLLC
CERTIFIED PUBLIC ACCT & ADVISORS
PO BOX 3049
ASHEVILLE, NC  28802-3049

DO-IT CORPORATION
P.O. BOX 592
SOUTH HAVEN, MI  49090-0592

DOSS PRINTING
310 E. MARIETTA STREET
CANTON, GA  30114

DUNLEARY, JOANIE
600 FAIRMONT AVENUE
TOWSON, MD  21286

DYKEMA RUBBER BAND COMPANY
1010 MCKEE STREET
MCKEES ROCKS, PA  15136

E SMITH HEATING & AIR
964 INDUSTRIAL PARK DRIVE
MARIETTA, GA  30062

EAGLE VENDING COMPANY, INC.
1001 MARBLE MILL CIRCLE
MARIETTA, GA  30060

ELK LOGISTICS
P.O. BOX 1337
STAUNTON, VA  24402-1337

ENGINEERED SPECIALTY PRODUCTS
3295 COBB INTERNATIONAL BLVD.
KENNESAW, GA  30152

ESSENTIAL INGREDIENTS
4544 ATWATER COURT
BUFORD, GA  30581

ESTES EXPRESS LINES
P.O. BOX 25612
RICHMOND, VA  23260-5612

EXACT INSPIRED SOLUTIONS INC/
EXACT SOFTWARE
1136 PAYSPHERE CIRCLE
CHICAGO, IL  60674

EXACT MACOLA INC.
1136 PAYSPHERE CIRCLE
CHICAGO, IL  60674

EXAL CORPORATION
ONE PERFORMANCE PLACE
YOUNGSTOWN, OH  44502

EXPRESS PERSONNEL SERVICES
224-N SOUTH LOOP 336 WEST
CONROE, TX  77301

EXPRESS PERSONNEL STAFFING
9539 HWY 92, SUITE 140
WOODSTOCK, GA  30188

EYELET DESIGN, ETC.
PO BOX 18255
BRIDGEPORT, CT  06601-3255

FAIRBANKS SCALES INC
P.O. BOX 802796
KANSAS CITY, MO  64180-2796

FEDEX
PO BOX 1140
MEMPHIS, TN  38101-1140

FFVA INSURANCE COMPANY
PO BOX 948239
MAITLIND, FL  32794

FILTER EQUIPMENT CO INC
1440 HIGHWAY 34
WALL, NJ  07719-1452

FLETCHER OIL COMPANY
1266 BANKHEAD HIGHWAY
CARROLLTON, GA  30117

FOCUS LOGISTICS INC.
46 BARTON PLACE
D.D.O. QUEBEC, CANADA, H9G 2G9
CANADA

FORTNER COMMUNICATIONS, INC.
422 THORNTON RD
SUITE# 109
LITHIA SPRINGS, GA  30122

FRAGNOLI,LEIGH A
409 MORGAN FALLS CHASE
CANTON, GA  30114

SARAH FRAGNOLI
409 MORGAN FALLS CHASE
CANTON, GA 30114

FRED R HILLER COMPANY, INC.
P.O. BOX 620129
DORAVILLE, GA  30362

FULL FILL INDUSTRIES, LLC
P O BOX 158
HENNING, IL  61848-0158

FULTON WAREHOUSE & DIST. LLC
PO BOX 44253
ATLANTA, GA  30336

GARDNER & SONS INC
2555 JONESBORO ROAD S E
ATLANTA, GA  30315

GARVEY, SMITH, NEHRASS & DOODY LLC
THREE LAKEWAY CENTER
METAIRIE, LA  70002

GAS EQUIPMENT CO INC
P.O. BOX 29242
DALLAS, TX  75229-0242

GENWORTH FINANCIAL
100 BRIGHT MEADOW BOULEVARD 1E204

ENFIELD, CT  06083-1955

GEO SPECIALTY CHEMICAL INC
DEPT AT 952212
CONSTRUCTION/INDUSTRIAL
ATLANTA, GA  31192-2212

GEO. H. GREEN OIL INC
P O BOX 127
FAIRBURN, GA  30213

GEORGIA AUTOMATION INC
440 GEES MILL BUS CT
CONYERS, GA  30208

GEORGIA POWER COMPANY
96 ANNEX
ATLANTA, GA  30396-0001

GLOBAL EMPLOYMENT SOLUTIONS
DEPT 1365
DENVER, CO  80291-1365

GPM, INC.
PO BOX 26850
MACON, GA  31221-6850

GRAPHIC INNOVATIONS
111 H. MULLINS COURT
JASPER, GA  30143

HABIF, AROGETI & WYNNE, LLP
5565 GLENRIDGE CONNECTOR
ATLANTA, GA  30342

HARWICK STANDARD DISTRIBUTION CORP

P O BOX 1801
AKRON, OH  44309

HENKEL CORPORATION
P O BOX 2535
BUFFALO, NY  14240-2535

HESCO
P.O. BOX K
WAVERLY, FL  33877

H M ROYAL
689 PENNINGTON AVE
TRENTON, NJ 08601

HOWARD SHEPPARD, INC.
PO BOX 797
SANDERSVILLE, GA  31082

ICLS

303 PARK AVENUE S, #1073
NEW YORK, NY  10010

IFCO ICS GEORGIA INC.
INDUSTRIAL CONTAINER SERVICES FL LLC

2443 A NORTH EXPRESSWAY
GRIFFIN, GA  30223

INDUSTRIAL PACKAGING CORPORATION
300 VILLANOVA DRIVE S.W.
ATLANTA, GA  30336

INFINEUM USA LP
P O BOX 7247-8702
PHILADELPHIA, PA  19170-8702

INFINITI FINANCIAL SERVICES
PO BOX 650679
DALLAS, TX  75265-0679

INMARK, INC.
P.O. BOX 931999
ATLANTA, GA  31193-1999

INNOVENE USA, LLC
12075 COLLECTION ENTER DRIVE
CHICAGO, IL  60693

INSTA PRESS INC
P.O. BOX 1022
LAWRENCEVILLE, GA  30246

INTAROME FRAGRANCE
P.O. BOX 92170
ELK GROVE, IL  60009

ISP TECHNOLOGIES INC
88076 EXPEDITE WAY
CHICAGO, IL  60695-0001

IVERSON LANGUAGE ASSOC., INC.
PO BOX 511759
MILWAUKEE, WI  53203-0301

JABO INC
P.O. BOX 242
PARKERSBURG, WV  26102

JACKSON TRUCKING COMPANY INC
P O BOX 457
LITHIA SPRINGS, GA  30057

JG MACHINE WORKS INC
2147 RT 27ST
EDISON, NJ  08817

JOHN J STRAUSS PC
5180 ROSWELL ROAD NW
ATLANTA, GA  30342

JPM LABS
1B THE PLANTATIONS
LEWES, DE  19958

K.C. FLUID POWER, INC.
P O BOX 15322
KANSAS CITY, KS  66115

KATZ, BARRY
3975 ROSWELL RD
ATLANTA, GA  30342

KDM POP SOLUTIONS GROUP
10450 MEDALLION DRIVE
CINCINNATI, OH  45241

KENNESTONE HOSPITAL
PO BOX 406163
ATLANTA, GA  30384-6163

KEPNER PRODUCTS    COMPANY
995 N ELLSWORTH AVE
VILLAPARK, IL  60181

KILE MACHINE & TOOL, INC.
3231 ILLINI ROAD
DANVILLE, IL  61834-5793

KING INDUSTRIES
SCIENCE ROAD
NORWALK, CT  06852

KLEINSCHMIDT, INC.
P.O. BOX 535
WAUKEGAN, IL  60079-0535

KROLL BACKGROUND AMERICA
PO BOX 1418
COLUMBUS, GA  31902

LAB SAFETY SUPPLY INC
DEPT #0000502823
JANESVILLE, WI  53547-5004

LABELMASTER
P.O. BOX 46402
CHICAGO, IL  60646-0402

LAMBENT TECHNOLOGIES CORP.
P O BOX 402452
ATLANTA, GA  30384-2452

LANCE OIL COMPANY
3475 LAKE DRIVE
SMYRNA, GA  30082

LANIER WORLDWIDE, INC.
P.O. BOX 105533
ATLANTA, GA  30348-5533

LINDAL PACKAGING SYSTEMS INC
6193 PAYSHERE CIRCLE
CHICAGO, IL  60674

LINDE
P.O. BOX 534109
ATLANTA, GA  30353-4109

LOBO, M.B.F., INC.
8602 STONEY BRIDGE DRIVE
CINCINNATI, OH  45244

LOGI-TRANS DISTRIBUTION
PO BOX 44196
ATLANTA, GA  30336

LOGI-TRANS INC. FRT
PO BOX 44196
ATLANTA, GA  30336

LOSOREA     LLC
313 BELL PARK DRIVE
WOODSTOCK, GA  30188

LPS LABORATORIES
4647 HUGH HOWELL ROAD
TUCKER, GA  30084

LUBRIZOL CORPORATION
PO POX 73293
CHICAGO, IL  60673-7293

M & N ELECTRICAL SERVICES, INC.
P.O. BOX 1058
CARTERSVILLE, GA  30120-1058

M. PAGE & CO. INC.
1631 OAK HALL DRIVE
BRENTWOOD, TN  37027

MACLEOD, JOHN A. JR.
9797 TULIP TREE COURT
LOVELAND, OH  45140-5596

MASTERMAN'S LLP
P O BOX 411
AUBURN, MA  01501-0411

MAYER ELECTRIC FINANCIAL CORP.
P.O. BOX 1328
BIRMINGHAM, AL  35201-1328

MCCULLOUGH & ASSOCIATES
P O BOX 29803
ATLANTA, GA  30359

MCLAUGHLIN GORMLEY KING COMPANY
P.O. BOX 71997
CHICAGO, IL  60694-1997

MCMASTER CARR SUPPLY COMPANY
P.O. BOX 7690
CHICAGO, IL  60680-7690

MCMENNAMY-NAFZIGER & ASSOC
910 MOUNTAIN IND DRIVE
MARIETTA, GA  30060

MCPHERSON OIL COMPANY
P O BOX 2244
BIRMINGHAM, AL  35201

MCSUPPLY INC
PO BOX 720477
C/O ADVANCE FINANCIAL CORPORATION
ATLANTA, GA  30358-2477

MERRILL, TERRY M.
6232 CRITTENDEN DRIVE
CINCINNATI, OH  45244

METALCOTE
8200 RIDGEFIELD ROAD
CRYSTAL LAKE, IL  60012

MILLER'S PRECISION ENTERPRISES,INC
6205 INDIANAPOLIS BLVD.
HAMMOND, IN  46320

MINERAL & PIGMENT SOULTIONS, INC.
P.O. BOX 18466
NEWARK, NJ  07191

MISTY SPRAY, LLC
218 BUSINESS CENTER DRIVE
STOCKBRIDGE, GA  30281

MORFLEX INC
LBX 774077
CHICAGO, IL  60677-4000

MORSEA, INC.
P.O. BOX 564
NAZARETH, PA  18064

MULTICELL PACKAGING INC
191 VICTOR STREET
LAWRENCEVILLE, GA  30045

MYBUDGETCONFERENCING.COM
60 STATE STREET
BOSTON, MA  02109

NAVIGANT CONSULTING INC
1175 PEACHTREE STREET NE
ATLANTA, GA  30361

NDNLS.NET-NAT'L DOMAIN LISTING
SERVICE
3530 ASHFORD DUNWOODY RD
ATLANTA, GA  30319

NELSON, KATE
340 BRISTOL STONE LANE
ALPHARETTA, GA  30005

NEWMAN GREEN INC
57 INTERSTATE ROAD
ADDISON, IL  60101-4568

NORDSON      CORPORATION
PO BOX 802586
CHICAGO, IL  60680-2586

OFFICE DEPOT INC
P O BOX 633204
CINCINNATI, OH  45263-3204

OLD DOMINION FREIGHT LINE INC
P.O. BOX 60908
CHARLOTTE, NC  28260

OMEGA INSIGNIA SPECIALTY COATINGS
P O BOX 1318
EL DORADO, KS  67042-1318

ON THE SPOT TRUCKING INC
PO BOX 749
KENNESAW, GA  30156

ORTHODOX UNION
11 BROADWAY
ACCOUNTS RECEIVABLE DEPT
NEW YORK, NY  10004

OVERHEAD DOOR COMPANY
221 ARMOUR DRIVE
ATLANTA, GA  30324

OVERNITE TRANSPORT COMPANY
P.O. BOX 79755
BALTIMORE, MD  21279-0755

OWENS CORNING
DEPT. AT. 40142
ATLANTA, GA  31192-0142

PACKAGING TECHNOLOGIES
P.O. BOX 3848
DAVENPORT, IA  52808-3848

PEACHTREE TECHNOLOGY ASSOC., INC.
330 BELL PARK DRIVE
WOODSTOCK, GA  30188

PERMITE CORPORATION
P.O. BOX 33127
DECATUR, GA  30033

PETERSON & ASSOCIATES INC
300 S. CATHERINE
LA GRANGE, IL  60525

PITNEY BOWES CREDIT CORPORATION

P.O. BOX 856390
LOUISVILLE, KY  40285-6390

PITNEY BOWES INC
P.O. BOX 856460
LOUISVILLE, KY  40285-6460

PNEUMATIC SCALE
P.O. BOX 71920
CHICAGO, IL  60694-1920

POE'S HEATING & AIR CONDITIONING INC

4487 ARK DRIVE - SUITE E
NORCROSS, GA  30093

POWER SYSTEMS INC
805 MCFARLAND ROAD
ALPHARETTA, GA  30004

PRECISION THREMOPLASTIC
COMPONENTS,INC
P.O. BOX 1296
LIMA, OH  45802

PRECISION VALVE CORPORATION
P.O. BOX 7005
YONKERS, NY  10710

PROTECH PRINTING & GRAPHICS
975 COBB PLACE BLVD
KENNESAW, GA  30144

PUMPING SYSTEMS
1100 VIJAY DRIVE
ATLANTA, GA  30341

PURCHASE POWER
P O BOX 856042
LOUISVILLE, KY  40285-6042

PYE BARKER SUPPLY CO INC
P.O. BOX 934031
ATLANTA, GA  31193-4031

PYLAM PRODUCTS COMPANY INC

2175 EAST CEDAR STREET
TEMPE, AZ  85281-7431

Q-LAB CORPORATION
P O BOX 75548
CLEVELAND, OH  44101-4755

QUANTUM RADIOLOGY NORTHWEST
P O BOX 100023
KENNESAW, GA  30156

QUICK LOGISTICS, LLC
PO BOX 100886
NASHVILLE, TN  37224-0886

QUILL
PO BOX 94081
PALATINE, IL  60094-4081

R & L CARRIERS INC.
PO BOX 713153
COLUMBUS, OH  43271-3153

R T VANDERBILT COMPANY INC
30 WINFIELD STREET
NORWALK, CT  06855

RACKOW POLYMERS CORPORATION
475 THOMAS DRIVE
BENSENVILLE, IL  60106

RAY CAMP COMPANY
PO BOX 7
RED OAK, GA  30272-0007

RAYPRESS CORPORATION
380 RIVERCHASE PARKWAY EAST
BIRMINGHAM, AL  35244

REDDI-RAGS INC.
2140 JACKSON PARKWAY
ATLANTA, GA  30318

REECE SUPPLY COMPANY OF HOUSTON INC
2606 BELL STREET
HOUSTON, TX  77003

RHODIA, INC.
P.O. BOX 75196
CHARLOTTE, NC  28275

RIBELIN
P O BOX 890157
DALLAS, TX  75389-0157

ROADWAY EXPRESS
DEPT 905587
CHARLOTTE, NC  28290-5587

ROBINSON,JAMPOL,SCHLEICHER &
JACOBS,LLP
11625 RAINWATER DRIVE
ALPHARETTA, GA  30004

ROHM AND HAAS CHEMICALS LLC
P O BOX 53018
PHILADELPHIA, PA  19178-3018

ROHRER CORPORATION
P.O. BOX 1009
WADSWORTH, OH  44282-1009

ROSS MIXING INC
PO BOX 12308
HHAUPPAUGE, NY  11788

RS INDUSTRIAL, INC
P.O. BOX 2306
GAINESVILLE, GA  30503

RTS PACKAGING, LLC
504 THRASHER STREET
NORCROSS, GA  30091

SAATI PRINT
P O BOX 440
SOMERS, NY  10589

SAGAPHA AG/HEDOGA AG
C/O IROMEDICA AG
HAGGENSTRASSE 45 CH-9014
ST GALLEN/SCHWEIZ

SARTOMER COMPANY
502 THOMAS JONES WAY
EXTON, PA  19341

SCALE SYSTEMS, INC.
P O BOX 116733
ATLANTA, GA  30368-6733

SCHNEIDERMAN, ALAN
685 RIVER VALLEY ROAD
ATLANTA, GA  30328

SCOTT MARGULIES
20801 BISCAYNE BLVD
AVENTURA, FL  33180

SEALAND CHEMICAL
868 CORPORATE WAY
WESTLAKE, OH  44145

SEAQUIST PERFECT DISPENSING
P.O. BOX 96656
CHICAGO, IL  60693-6656

SELF RECYCLING-CARTERSVILLE
168 CASSVILLE ROAD
CARTERSVILLE, GA  30120

SEWELL PRINTING   SERVICE INC
2697 APPLE VALLEY
ATLANTA, GA  30319

SHARP GRAPHICS AND PRINTING INC
5038 SOUTH ATLANTA ROAD
SMYRNA, GA  30080

SHEET METAL COMPONENTS, INC
84 ZENA DRIVE
CARTERSVILLE, GA  30121

SHELL ENERGY SERVICES
P.O. BOX 659583
SAN ANTONIO, TX  78265-9583

SLEEVECO, INC.
103 LUMPKIN CAMPGROUND RD N.
DAWSONVILLE, GA  30534

SMITH WELDING PRODUCTS, INC
P O BOX 249
HOLLY SPRINGS, GA  30142

SOLAE, LLC
c/o BANK OF AMERICA
ST. LOUIS, MO  63150-0169

SOLUOL, INC.
P.O. BOX 112
WEST WARWICK, RI  02893-0112

SOLVAY SOLEXIS, INC.
10 LEONARD LANE
THOROFARE, NJ  08086

SOUTHEASTERN INDUSTRIAL CONTRACTING
P.O. BOX 200531
CARTERSVILLE, GA  30120

SOUTHERN OFFICE MACHINES INC
P O BOX 899
KENNESAW, GA  30156

SOVEREIGN COMMERCIAL GROUP, INC.
PO BOX 101369
ATLANTA, GA  30392

SPECIALTY LUBRICANTS CORP.
8300 CORPORATE PARK DRIVE
MACEDONIA, OH  44056

SPRAY TECHNOLOGY AND MARKETING
3621 HILL ROAD
PARSIPPANY, NJ  07054

SPRAYERS PLUS
1101 SOUTH KILBOURN AVENUE
CHICAGO, IL  60624

SPRAY'S ETC
P O 508
MILNER, GA  30257

STALLINGS INDUSTRIES
4702 ECTON DRIVE
MARIETTA, GA  30066

STONE ENVIRONMENTAL
P O BOX 3843
PLACIDA, FL  33946

SUMMIT PACKAGING SYSTEMS INC
P.O. BOX 5500
LEWISTON, ME  04243

TAILWIND LOGISTICS, LLC
3666 MAHONING AVE.
YOUNGSTOWN, OH  44515

TECHNICALLY THERE, INC.
3310 MARIETTA HIGHWAY
CANTON, GA  30114

TEMPS EXCEL, INC.
P O BOX 3878
CARTERSVILLE, GA  30120

TERCO FILLING SYSTEMS
459 CAMDEN DRIVE
BLOOMINGDALE, IL  60108

THE AVONLEA AT TOWNE LAKE
1000 AVONLEA PLACE
WOODSTOCK, GA 30189

THREADS FOR THE SOUTH
1076 KING INDUSTRIAL DRIVE
MARIETTA, GA  30062

TOMMY NOBIS CENTER
1480 BELLS FERRY ROAD
MARIETTA, GA  30066

TOUCH OF CLASS CLEANING
95 WILLOW CT.
DALLAS, GA  30157

TOYOTA FORKLIFTS OF ATLANTA
3111 EAST PONCE DE LEON AVE
SOCTTDALE, GA  30079

TREXAN CHEMICAL INC
P O BOX 953213
LAKE MARY, FL  32795-3213

TRIAD LUBRICATION COMPONENTS,LLC
P O BOX 1967
PELHAM, AL  35124

TUCKER CASTLEBERRY PRINTING INC

P O BOX 56346
ATLANTA, GA  30343

TWELVE BASKETS
P.O. BOX 44303
ATLANTA, GA  30336

U.S. FILTER/IONPURE INC
P.O. BOX 360766
PITTSBURG, PA  15250-6766

U.S. FINANCIAL LIFE INSURANCE
10290 ALLIANCE ROAD
CINCINNATI, OH  45242

ULINE, INC
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL  60085

UNDERWOOD MOLD COMPANY
P.O. BOX 1607
WOODSTOCK, GA  30188

UNITECH PREPRESS SOLUTIONS, INC.
P.O. BOX 5943
CAROL STREAM, IL  60197-5943

UNITED PARCEL SERVICE/UPS
P.O. BOX 7247-0244
PHILADELPHIA, PA  19170

UNITED STATES CAN COMPANY
LBX 1187
CHICAGO, IL  60674

UNIVAR USA, INC.
P.O. BOX 409692
ATLANTA, GA  30384-9692

UPS CUSTOMHOUSE BROKERAGE INC
P O BOX 34486
LOUISVILLE, KY  40232

USF HOLLAND
DRAWER # 5833
DETROIT, MI  48279-5833

USF RED STAR
24 WRIGHT AVENUE
AUBURN, NY  13021-0995

VALENT BIOSCIENCES CORP.
ENVIRONMENTAL SCIENCE DIVISION
PO BOX 2845
CAROL STREAM, IL  60132

VALUE FRAGRANCE
P.O. BOX 550
GOSHEN, NY  10924

VANSANT, THOMAS
744 WINDRIFT DRIVE
DALLAS, GA  30132

VIDEOJET TECHNOLOGIES, INC.
12113 COLLECTION CENTER DRIVE
CHICAGO, IL  60693

VISY RECYCLING/PRATT INDUSTRIES USA
P.O. BOX 406819
ATLANTA, GA  30384-6819

VWR INTERNATIONAL INC
P.O. BOX 640169
PITTSBURGH, PA  15264-0169

W. S. PHARR AND COMPANY
P.O. BOX 725269
ATLANTA, GA  31139

WACHOVIA BANK, NA
C/O PAUL BAISIER, ESQ.
1545 PEACHTREE STREET, NE, STE 700
ATLANTA, GA 30309-2401

WAITS & WILLIAMS SPRINKLER CO
700 TELLICO ROAD
CANTON, GA  30115

WALGREENS
PO BOX 90484
CHICAGO, IL  60696-0484

WAREHOUSE ASSOCIATES LP
PO BOX 1422
LIMA, OH  45802

WASTE MANAGEMENT OF ATLANTA NORTH
P.O. BOX 9001054
LOUISVILLE, KY  40290-1054

WATKINS MOTOR LINES, INC.
P.O. BOX 95001
LAKELAND, FL  33804-5001

WEBER JR, HARRISON M
4921 LAKE PARK LANE
ACWORTH, GA 30101

WHITAKER OIL COMPANY
DEPT. GA 00234
ATLANTA, GA  30353-0109

WILLIAMSON, JOHN
45 BOB WHITE LANE EAST
JASPER, GA  30143

WORKING RX
PO BOX 30200
SALT LAKE CITY, UT  84130-0200

YELLOW TRANSPORTATION INC.
P O BOX 5901
TOPEKA, KS  66605-0901

YELLOW PAGES
PO BOX 41308
JACKSONVILLE, FL  32203

Form B6G
(10/05)

In re __AEROSOL PACKAGING, LLC_____,          Case No.__06-67096-MHM__
       Debtor                                        (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See Exhibit G-1. | |
| | |
| | |
| | |
| | |
| | |
| | |

# EXHIBIT G-1
## Executory Contracts and Unexpired Leases

| Contract Party/Address | Contract Type | Term/Contract Price |
|---|---|---|
| Verizon Wireless<br>1000 Jeter Ave, Dept. C<br>Opelika, AL 36803<br>888-221-8514 | Cellular Phone Service<br>Two lines | Aug 2005-Aug 2007<br>$149.99/mo + overages |
| Cintas Corporation<br>3600 Kennesaw 75 Parkway<br>Kennesaw, GA 30144 | Supplier of Shop<br>Towels/Mops/Mats | March 2005 - March 2006<br>(service continuing on monthly<br>basis) |
| Misty Spray, LLC<br>c/o David Hughes<br>218 Business Center Drive<br>Stockbridge, GA 30281 | Lease of Plant and<br>Promissory Note for improvements | Sept 2004 - December 2019 |
| Aeropres Corporation<br>PO Box 73598<br>Shreveport, LA 71137<br>(318) 221-5282 | Installment purchase of liquid<br>storage tank and pumps | October 2004-October 2006 |
| Univar USA<br>2145 Skyland Court<br>Norcross, GA 30071<br>770-246-7700 | Empty Drum removal on a quarterly<br>basis | March 2006 -<br>$55 per drum |
| The BT Raymond Group<br>6650 Kirkville Road<br>East Syracuse, NY 13057<br>(315) 463-5000 | Supplier of raw materials | March 2004 - Feb 2007 |
| Bway Packaging<br>8200 Broadwell Road<br>Cincinnati, Ohio 45244<br>(513) 388-2200 | Supplier of welded steel cans | April 2006 - March 2009 |
| Darbi Chemical<br>PO Box 669937<br>Marietta, GA 30066 | Wholesaler of Private Label<br>Product (AS will package and store<br>product) | March 2006 - March 2007 |
| Cargill, Incorporated<br>15407 McGinty Road West<br>Wayzata, MN | Wholesaler of private label<br>vegetable-oil based products<br>(exclusive use of Cargill oil) | Sept 2005 - Sept 2008 |
| Creative Marketing Group<br>117 Lucinda Drive<br>Babylon, NY | Food products marketing<br>agent/promoter (commissions<br>contract) | Dec 2005 - Dec 2015 with early-<br>termination clause |
| Anderson LeNeave & Co.<br>5935 Carnegie Blvd, Ste 103<br>Charlotte, NC 28209<br>(704) 552-9212 | Investment banker/financial advisor | Feb 2006 - August 2007 with early-<br>termination clause |
| Navigant Consulting<br>c/o Hunton & Williams<br>600 Peachtree St., NE<br>Atlanta, GA 30308 | Corporate Restructuring consulting | January 2005 - January 2006 |

## EXHIBIT G-1
## Executory Contracts and Unexpired Leases

| | | |
|---|---|---|
| Bondo Corporation<br>3700 Atlanta Industrial Pkwy<br>Atlanta GA 30331 | Supplier of raw materials | June 2003 - May 2006<br>(continuing on monthly basis) |
| Pitney Bowes Credit Corp.<br>PO Box 856460<br>Louisville, KY 40285 | Supplier of Postage stamps/tapes | January 2005 - July 2009 |
| Nalley Lexus - Marietta<br>1431 Cobb Parkway South<br>Marietta, GA 30060 | Lease of Automobile | March 2004 - March 2009 |
| Ashland Distribution Co.<br>PO Box 2219<br>Columbus, OH 43216<br>(614) 790-6127 | Supplier Liquid Storage Tanks and exclusive supplier of Chemicals (Equipment financing) | May 2005 - May 2007 |
| Southern Office Machines<br>1555 Williams Drive, Ste 110<br>Marietta, GA 30066<br>(770-919-8989 | Copier Service Contract | Dec 2005 - Dec 2006 |
| CIT Technology Financing<br>PO Box 9797220<br>Miami, FL 33197 | Copier Lease and Financing | Dec 2005 - Dec 2009 |
| Nalley Infinity of Marietta<br>1431 Cobb Parkway South<br>Marietta, Georgia 30060 | Lease of Automobile | Dec 2005 - Dec 2008 |
| GE Group Life Assurance Co<br>PO Box 725<br>Windsor, CT 06095 | Employee Accident and health plan provider | undated |
| Quintus Corporation<br>500 Avonlea Place<br>Woodstock, GA 30189 | Apartment lease | Dec 2005 - June 2006 |
| Atlanta Fork Lifts, Inc.<br>3111 E. Ponce de Leon Ave.<br>Scottdale, GA 30079 | Lease of Seven Forklifts | April 2006 - April 2011 |
| | Sales Agent Agreements | |
| H. Thomas Bickley<br>313 Weatherstone Lane<br>Marietta, GA  30068 | | October 2001 - Present |
| James Stancil<br>103 Eagle Point Drive<br>Dallas, Georgia 30132 | | Sept 2005 - Sept 2006 |
| MIRZACO (USA), Inc.<br>6802 Glenridge Drive, Ste E<br>Atlanta, GA 30328 | | April 2005 - April 2006 |
| NIK and Associates<br>11402 Aries Drive<br>Orlando, FL 32837 | | Feb 2006 - Feb 2007 |
| RAMMCO, LLC<br>3760 Sixes Road, #126-238<br>Canton, GA 30114 | | Feb 2006 - Feb 2007 |

# EXHIBIT G-1
## Executory Contracts and Unexpired Leases

| | | |
|---|---|---|
| Aeropres Corporation<br>PO Box 78588<br>Shreveport, LA 71137-8588 | Forbearance Agreement | |
| United States Can Company<br>LBX 1187<br>Chicago, IL 60674 | Forbearance Agreement | |
| BWAY Corporation<br>PO Box 277306<br>Atlanta, GA 30384-7306 | Forbearance Agreement | |
| CL&D Graphics<br>1101 W. 2nd St.<br>Oconomowoc, WI 53066 | Forbearance Agreement | |
| Design Packaging Inc.<br>PO Box 933017<br>Atlanta, GA 31193-3017 | Forbearance Agreement | |
| Ashland, Inc.<br>PO Box 101489<br>Atlanta, GA 30392-1489 | Forbearance Agreement | |
| Precision Valve Corporation<br>PO Box 7005<br>Yonkers, NY 10710 | Forbearance Agreement | |
| UNIVAR USA, Inc.<br>PO Box 409692<br>Atlanta, GA 30384-9692 | Forbearance Agreement | |
| Newman Green, Inc.<br>57 Interstate Road<br>Addison, IL 60101-4568 | Forbearance Agreement | |
| Seaquist Perfect Dispensing<br>PO Box 96656<br>Chicago, IL 60693-6656 | Forbearance Agreement | |
| Owens Corning<br>Dept. AT. 40142<br>Atlanta, GA 31192-0142 | Forbearance Agreement | |
| Alchem Chemical Company<br>PO Box 934085<br>Atlanta, GA 31193 | Forbearance Agreement | |
| Underwood Mold Company<br>PO Box 1607<br>Woodstock, GA 30188 | Forbearance Agreement | |
| Peachtree Technology Assoc., Inc.<br>330 Bell Park Drive<br>Woodstock, GA 30188 | Forbearance Agreement | |
| Inmark, Inc.<br>PO Box 931999<br>Atlanta, GA 31193-1999 | Forbearance Agreement | |
| Arylessence, Inc.<br>1091 Lake Drive<br>Marietta, GA 30066 | Forbearance Agreement | |

## EXHIBIT G-1
## Executory Contracts and Unexpired Leases

| | | |
|---|---|---|
| Rohm and Haas Chemicals, LLC<br>PO Box 53018<br>Philadelphia, PA 19178-3018 | Forbearance Agreement | |
| Compliance Technologies, Inc.<br>135 Mirramont Lake Drive<br>Woodstock, GA 30189 | Forbearance Agreement | |
| Cap & Seal Company<br>1591 Fleetwood Drive<br>Elgin, IL 60123 | Forbearance Agreement | |
| Brenntag Mid-South, Inc.<br>3796 Reliable Pkwy<br>Chicago, IL 60686-0037 | Forbearance Agreement | |

Form B6H
(10/05)

In re    AEROSOL PACKAGING, LLC_____ ,                    Case No.  06-67096-MHM_____
　　　　　　　　Debtor                                                              (if known)

# SCHEDULE H - CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☒  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| -NONE- | |

Form B6I
(10/05)

In re __AEROSOL PACKAGING, LLC_____,    Case No.___06-67096-MHM_____
           **Debtor**                                                                 **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP: | AGE: |
| **Employment:** Occupation | DEBTOR | SPOUSE |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |
| | | |

INCOME: (Estimate of average monthly income)      DEBTOR      SPOUSE

1. Current monthly gross wages, salary, and commissions    $_____   $_____
    (Prorate if not paid monthly.)
2. Estimate monthly overtime    $_____   $_____

3. SUBTOTAL    $_____   $_____

4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and social security    $_____   $_____
   b. Insurance    $_____   $_____
   c. Union dues    $_____   $_____
   d. Other (Specify): _____    $_____   $_____

5. SUBTOTAL OF PAYROLL DEDUCTIONS    $_____   $_____

6. TOTAL NET MONTHLY TAKE HOME PAY    $_____   $_____

7. Regular income from operation of business or profession or farm.    $_____   $_____
   (Attach detailed statement)
8. Income from real property    $_____   $_____
9. Interest and dividends    $_____   $_____
10. Alimony, maintenance or support payments payable to the debtor for    $_____   $_____
    the debtor's use or that of dependents listed above.
11. Social security or government assistance
    (Specify):_____    $_____   $_____
12. Pension or retirement income    $_____   $_____
13. Other monthly income
    (Specify):_____    $_____   $_____

14. SUBTOTAL OF LINES 7 THROUGH 13
15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14)    $_____   $_____

16. TOTAL COMBINED MONTHLY INCOME:    $__N/A___
    (Report also on Summary of Schedules.)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

Form B6J
(10/05)

In re AEROSOL PACKAGING, LLC             ,          Case No.  06-67096-MHM
_____          _____
            Debtor                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                           $ _____
     a. Are real estate taxes included?          Yes _____  No _____
     b. Is property insurance included?          Yes _____  No _____
2. Utilities: a. Electricity and heating fuel                                                    $ _____
         b. Water and sewer                                                        $ _____
         c. Telephone                                                             $ _____
         d. Other _____                          $ _____
3. Home maintenance (repairs and upkeep)                                                         $ _____
4. Food                                                                                          $ _____
5. Clothing                                                                                      $ _____
6. Laundry and dry cleaning                                                                      $ _____
7. Medical and dental expenses                                                                   $ _____
8. Transportation (not including car payments)                                                   $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                              $ _____
10. Charitable contributions                                                                     $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
         a. Homeowner's or renter's                                               $ _____
         b. Life                                                                   $ _____
         c. Health                                                                 $ _____
         d. Auto                                                                   $ _____
         e. Other _____                          $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____                                          $ _____
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
         a. Auto                                                                       $ _____
         b. Other _____              $ _____
         c. Other _____                          $ _____
14. Alimony, maintenance, and support paid to others                                             $ _____
15. Payments for support of additional dependents not living at your home                        $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)  $ _____
17. Other _____                                        $ _____
18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)                         | $  N/A |
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME
     a. Total monthly income from Line 16 of Schedule I                                   $ _____
     b. Total monthly expenses from Line 18 above                                         $ _____
     c. Monthly net income (a. minus b.)                                                  $ _____

(10/05)

In re _____AEROSOL PACKAGING, LLC_____      Case No. __06-67096-MHM__
                        Debtor                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
*(Total shown on summary page plus 1.)*
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature: _____
                                                        Debtor

Date _____      Signature: _____
                                                *(Joint Debtor, if any)*

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.
                                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____      _____
Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **PRESIDENT & CEO** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **COMPANY** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.    *(Total shown on summary page plus 1.)*

Date **JUNE 27, 2006**      Signature: *Leigh A Fragnoli*
                                         **LEIGH A. FRAGNOLI**
                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------

*------Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*