IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| AEROSOL PACKAGING, LLC, | ) |
| A Georgia limited liability company, | ) CASE NO. 06-67096-MHM |
| | ) |
| Debtor. | ) |
| | ) |

**DEBTOR'S NOTICE OF INTENTION TO ASSUME OR REJECT
NON-RESIDENTIAL REAL PROPERTY LEASE WITH MISTY SPRAY, LLC**

**COMES NOW,** Aerosol Packaging, LLC (the "Debtor"), and files this Notice of Intention to Assume or Reject Non-Residential Real Property Lease with Misty Spray, LLC. Pursuant to the Order Approving Debtor's Disclosure Statement and Notice of Assignment of Hearing on Confirmation of Revised Second Amended Chapter 11 Plan entered November 22, 2006, Debtor was directed to file a statement of its intention to assume or reject the non-residential real property lease of Misty Spray, LLC ("Misty Spray") at least seven (7) business days prior to the deadline for filing ballots for Debtor's Revised Second Amended Chapter 11 Plan (the "Plan"), and to serve a copy of the statement on Misty Spray. The deadline for filing ballots on the Plan is currently set for December 13, 2006; therefore the deadline for filing the required statement of intention to assume or reject the non-residential real property lease with Misty Spray (the "Lease") is December 4, 2006.

Section 365(d)(4)(A) of the Bankruptcy Code provides that an unexpired lease of non-residential real property under which the debtor is the lessee shall be deemed rejected if the debtor does not assume or reject the unexpired lease by the earlier of (i) the date that is 120 days after the date of the order for relief, or (ii) the date of the entry of an order confirming a plan. Pursuant to the Order Granting Debtor's Motion for an Order Extending the Time to Assume or

Notice of Intention to Reject Lease 2.DOC

Reject Unexpired Lease of Non-Residential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code entered October 13, 2006, the Court ordered that the outside deadline for the Debtor to elect to assume or reject the Lease was extended to January 17, 2007 (the "Rejection Deadline"). If the Plan is not confirmed on or before the Rejection Deadline, the Lease will be deemed rejected as of such date.

Debtor hereby states its intention to REJECT the Lease effective as of the date of an entry of an order of the Court confirming the Plan.

Nothing in this notice shall be deemed an election by Debtor to reject the Lease prior to the earlier of (1) the entry of an order confirming the Plan or (2) the Rejection Deadline, or to otherwise request or cause an extension of the Rejection Deadline as previously set by order of the Court or as provided under the Bankruptcy Code, or preclude Debtor from changing its stated intention prior to the entry of an order confirming the Plan or the Rejection Deadline regardless of the intention set forth in this notice.

Respectfully submitted, this 4th day of December 2006.

/s/ Brian L. Schleicher

Brian L. Schleicher
Georgia Bar No. 629321

Jampol, Schleicher, Jacobs & Papadakis, LLP
11625 Rainwater Drive, Suite 350
Alpharetta, Georgia 30004
(770) 667-1290

Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| AEROSOL PACKAGING, LLC, | ) |
| A Georgia limited liability company, | ) CASE NO. 06-67096- MHM |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of November 2006, I caused to be served a true and correct copy of DEBTOR'S NOTICE OF INTENTION TO ASSUME OR REJECT NON-RESIDENTIAL REAL PROPERTY LEASE WITH MISTY SPRAY, LLC upon counsel to Misty Spray, LLC by facsimile transmission, and the United States Trustee, all secured creditors, the twenty largest unsecured creditors and all parties requesting notice by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

United States Trustee
362 Russell Federal Bldg.
75 Spring St. SW
Atlanta, GA 30303

Seyfarth Shaw, LLP
Paul Baisier, Esq.
One Peachtree Pointe
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401

Blue Ridge Investors II
Limited Partnership
300 North Greene Street
Suite 2100
Greensboro, NC 27401

Badger Capital I, LLC
c/o Kevin Jessup
5607 Tradd Drive
Greensboro, NC 27455

Geneva Associates Merchant Banking
Partners I, LLC
300 North Greene Street
Suite 2100
Greensboro, NC 27401

AICCO, Inc.
1001 Winstead Drive
Suite 500
Cary, NC 27513

Misty Spray, LLC
218 Business Center Drive
Stockbridge, GA 30281

Aeropres Corporation
1324 N. Hearn Ave.
Suite 200
Shreveport, LA 71107

Alchem Chemical Company
5360 Tulane Drive
Atlanta, GA 30336

Notice of Intention to Reject Lease 2 DOC

Ashland Chemical Company
4550 NE Expressway
Doraville, GA 30340-3501

Brenntag Mid-South, Inc.
1405 Hwy 136 W.
Henderson, KT 42419

BWAY Corporation
8607 Roberts Drive
Suite 250
Atlanta, GA 30350

CCL Container
One Llodio Drive
Hermitage, PA 16148-9015

CL&D Graphics
1101 W. 2nd St.
Oconomowoc, WI 53066

Cohen Pollock Merlin & Small
Mark S. Marani
3350 Riverwood Pkwy, Ste 1600
Atlanta, GA 30339

Crown Cork & Seal USA, Inc.
1440 Paysphere Circle
Chicago, IL 60674

Design Packaging, Inc.
6479 Chupp Road
Lithonia, GA 30058

Kilpatrick Stockton LLP
Dennis S. Meir, Esq.
John W. Mills, III, Esq.
Colin M. Bernardino, Esq.
1100 Peachtree St NE, Ste 2800
Atlanta, GA 30309-4530

Losorea, LLC
313 Bell Park Drive
Woodstock, Georgia 30188

Navigant Consulting, Inc.
1175 Peachtree St., NE
Suite 1900
Atlanta, GA 30361

Newman Green, Inc.
Attn: Edward H. Green, Jr., President
57 Interstate Road
Addison, IL 60101-4568

UNIVAR USA, Inc.
2145 Skyland Ct.
Norcross, GA 30071

Overnite Transport Company
a/k/a UPS Freight
100 Semmes Ave
Richmond, VA 23218

Owens Corning
4775 Frederick Dr SW
Atlanta, GA 30336

Precision Valve Corporation
700 Nepperhan Ave.
Yonkers, NY 10703

Seaquist Perfect Dispensing
1160 Silver Lake Rd.
Cary, IL 60013

Summit Packaging Systems Inc.
Attn: Michael E. Conway, CFO, CPA
400 Gay St.
Manchester, NH 03103-7460

Temps Excel, Inc.
Attn: Nancy Nollner, President
234 Nelson St.
Cartersville, GA 30120

George M. Geeslin
8 Piedmont Ctr, Ste 550
3525 Piedmont Rd, N.E.
Atlanta, GA 30305-1565

Ball Aerosol & Specialty Container, Inc.
F/k/a US Can Company
Attn: Rob Garside
Director Credit and Collection
10 Longs Peak Drive
Broomfield, CO 80021-2510

Frank W. DeBorde, Esq.
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

John G. Aldridge, Jr.
Kent E. Altom
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076

David Hughes & Harold Wenal
218 Business Center Drive
Stockbridge, GA 30281

Thomas VanSant
744 Windrift Drive
Dallas, GA 30132

Leon S. Jones
Jones & Walden, LLC
83 Walton Street
Atlanta, GA 30303

American Express Bank FSB
c/o Becket and Lee LLP
Gilbert B. Weisman
PO Box 3001
Malvern, PA 19355-0701

Laura E. Woodson
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

J. Robert Williamson, Esq.
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303

M. Denise Dotson
Jones & Walden, LLC
21 8th Street
Atlanta, GA 30309

This 4th day of December 2006.

*/s/ signature*

Brian L. Schleicher, Esq.
Georgia Bar No.: 629321

JAMPOL, SCHLEICHER, JACOBS & PAPADAKIS, LLP
11625 Rainwater Drive, Suite 350
Alpharetta, Georgia 30004
Telephone: 770-667-1290
Facsimile: 770-667-1690