FILED
IN CLERK'S OFFICE
U S BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

JAN 23 2007 PM02:20

W. YVONNE EVANS,
CLERK

BY: _____
DEPUTY CLERK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 11** |
| | : | |
| **AEROSOL PACKAGING, LLC,** | : | **CASE NO. 06-67096-MHM** |
| A Georgia limited liability company, | : | |
| | : | |
| **Debtor** | : | |
| | : | |

| | | |
|---|---|---|
| **AEROSOL PACKAGING, LLC,** | : | |
| A Georgia limited liability company, | : | **ADVERSARY PROCEEDING** |
| d/b/a AEROSOL SPECIALTIES, | : | **NO. _____** |
| | : | |
| **Plaintiff,** | : | **07-9007** |
| | : | |
| **v.** | : | |
| **SCENTSATIONAL SOAPS &** | : | |
| **CANDLES, INC.** | : | |
| | : | |
| **Defendant.** | : | |

**COMPLAINT ON OPEN ACCOUNT, *QUANTUM MERUIT*,
AND EXPENSES OF LITIGATION**

COMES NOW, Chapter 11 Debtor-in-Possession Aerosol Packaging, LLC d/b/a

Aerosol Specialties ("Aerosol"), by and through its undersigned counsel of record, and

hereby files this its COMPLAINT ON OPEN ACCOUNT, *QUANTUM MERUIT*, AND

EXPENSES OF LITIGATION, respectfully showing as follows:

## JURISDICTION AND VENUE

1.

Aerosol is a Georgia limited liability company in good standing and a Chapter 11 Debtor-in-Possession, having filed its Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") on June 21, 2006 (the "Petition Date").

2.

This adversary proceeding is commenced pursuant to Bankruptcy Rule 7001, et seq., of the Federal Rules of Bankruptcy Procedure.

3.

This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334.

4.

Venue is proper in this Court pursuant to 28 U.S.C. §1409 because this is an adversary proceeding arising under and in connection with a case pending in this district under the Bankruptcy Code.

5.

This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

6.

Defendant Scentsational Soaps & Candles, Inc. ("Defendant") is a foreign corporation and may be served with process by and through its registered agent for

service of process, T & H Comptrollers, Inc. located at 200 Capri Isles Boulevard, Suite 2, Venice, Florida 34292.

**First Claim for Relief**

**Open Account**

7.

Aerosol hereby incorporates by this reference paragraphs 1 through 6 hereinabove as though each were fully restated herein.

8.

At Defendant's specific request, Aerosol provided packaging and product preparation services to Defendant on open account.

9.

Aerosol's packaging services provided to Defendant on open account included packaging products into aluminum and/or tin plate aerosol cans and/or other containers.

10.

Aerosol has performed all of its obligations such that the only outstanding obligation that remains is Defendant's obligation to pay Aerosol for Aerosol's services and products.

11.

Defendant is indebted on open account to Aerosol in the principal amount of $61,197.26. True and correct copies of Aerosol's invoices for the amounts due by Defendant are attached hereto and incorporated herein by this reference as Exhibit "A".

3

12.

Pursuant to the terms of Defendant's account with Aerosol and Georgia law, amounts owed by Defendant to Aerosol more than thirty (30) days accrue interest at the rate of 1.5% per month.

### Second Claim for Relief

### *Quantum Meruit*

13.

Aerosol hereby incorporates by this reference paragraphs 1 through 12 hereinabove as though each were fully restated herein.

14.

Aerosol provided Defendant its services and products based upon the authorization, approval, directions and requests of Defendant, such that there arose an implied contract for Defendant to compensate Aerosol for the reasonable value of its services and products.

15.

The reasonable value of Aerosol's packaging services and products provided to and accepted by Defendant is not less than $61,197.26.

### Third Claim for Relief

### Expenses of Litigation

16.

Aerosol hereby incorporates by this reference paragraphs 1 through 15 hereinabove as though each were fully restated herein.

4

12.

Pursuant to the terms of Defendant's account with Aerosol and Georgia law, amounts owed by Defendant to Aerosol more than thirty (30) days accrue interest at the rate of 1.5% per month.

## Second Claim for Relief

### *Quantum Meruit*

13.

Aerosol hereby incorporates by this reference paragraphs 1 through 12 hereinabove as though each were fully restated herein.

14.

Aerosol provided Defendant its services and products based upon the authorization, approval, directions and requests of Defendant, such that there arose an implied contract for Defendant to compensate Aerosol for the reasonable value of its services and products

15.

The reasonable value of Aerosol's packaging services and products provided to and accepted by Defendant is not less than $61,197.26.

## Third Claim for Relief

### Expenses of Litigation

16.

Aerosol hereby incorporates by this reference paragraphs 1 through 15 hereinabove as though each were fully restated herein.

4

17.

Defendant has acted in bad faith, has been stubbornly litigious, and has caused Aerosol unnecessary trouble and expense in the recovery of amounts owed to Aerosol; Aerosol is entitled to recover from Defendant its expenses of litigation, including its reasonable attorney fees incurred to recover amounts due and owing, pursuant to O.C.G.A § 13-6-11.

WHEREFORE, Aerosol respectfully requests that final judgment be entered in its favor against Defendant for the following:

1)      Specific principal damages for Defendant's overdue open account in the amount $61,197.26, or for at least the same amount as the reasonable value of Aerosol's services and products under *Quantum Meruit*;

2)      Prejudgment interest calculated at the rate of 1.5% from the date any principal amount became overdue through the date of judgment;

3)      Aerosol's expenses of litigation;

4)      Postjudgment interest on items on the principal amount and expenses of litigation at the legal maximum rate until the judgment is satisfied; and,

5)      All such further relief deemed proper by the Court.

Dated this 23rd day of __January__, 2007.

Respectfully submitted,

**JAMPOL, SCHLEICHER, JACOBS & PAPADAKIS, LLP**

Attorneys for Plaintiff
Aerosol Packaging, LLC

By: _____
Brian L. Schleicher
Georgia State Bar No. 629321
Anthony Lakes
Georgia State Bar No. 431153
Lisa K. Rose
Georgia State Bar No. 614204

11625 Rainwater Drive, Suite 350
Alpharetta, Georgia 30004
Telephone: (770) 667-1290
Facsimile: (770) 667-1690
bschleicher@jsjplaw.com
alakes@jsjplaw.com
lrose@jsjplaw.com

EXHIBIT "A"

# AEROSOL SPECIALTIES

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 016798 | 1 |
| INVOICE DATE | |
| 05/17/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO
SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO
TJ MAXX

USA

## Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0010582 | 04/21/04 | SCE01 | 10 | 150 | 12947 | | SUPER TRANSPORT | Col |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2004.0000 | 2016.0000 | SCE01025 STRAWBERRY & CHAMPAGNE AERO SPRAY | 1.220000 | EA | 2,459.52 |
| 2004.0000 | 2016.0000 | SCE01026 ORANGE SORBET AEROSOL SPRAYS | 1.220000 | EA | 2,459.52 |
| 2004.0000 | 2016.0000 | SCE01027 MANGO KIWI AERO FRAGRANCE SPRA | 1.220000 | EA | 2,459.52 |
| 2004.0000 | 2016.0000 | SCE01028 LONG STEM ROSES AERO SPRAYS | 1.220000 | EA | 2,459.52 |

COMMENTS:

| | |
|---|---|
| SALE AMOUNT | 9,838.08 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 9,838.08 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 9,838.08 |

TERMS: Net 45

# AEROSOL SPECIALTIES

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 016847 | 1 |
| **INVOICE DATE** | |
| 05/19/04 | |

**Remit To:**
**DEPARTMENT # GA00371**
**P.O. BOX 530100 • ATLANTA, GA 30353-0100**

SOLD TO
SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP TO
SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

## Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PP |
|---|---|---|---|---|---|---|---|---|
| 0011071 | 05/20/04 | SCE01 | 10 | 150 | | | SUPER TRANSPORT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 44.0000 | 44.0000 | SCE01018 ISLAND PEAR ROOM SPRAYS AERO | 1.224624 | EA | 53.88 |
| 96.0000 | 96.0000 | SCE01020 MCINTOSH APPLE ROOM SPRYS AERO | 1.224624 | EA | 117.56 |
| 36.0000 | 36.0000 | SCE01019 GARDENIA ROOM SPRAYS AERO | 1.224624 | EA | 44.09 |
| 223.0000 | 223.0000 | SCE01025 STRAWBERRY & CHAMPAGNE AERO SPRAY | 1.224624 | EA | 273.09 |
| 132.0000 | 132.0000 | SCE01015 STRAWBERRY & CHAMPAGNE SPRAY | 1.300000 | EA | 171.60 |
| 132.0000 | 132.0000 | SCE01016 ORANGE SORBET SPRAY | 1.300000 | EA | 171.60 |
| 259.0000 | 259.0000 | SCE01026 ORANGE SORBET AEROSOL SPRAYS | 1.224624 | EA | 317.18 |
| 213.0000 | 213.0000 | SCE01027 MANGO KIWI AERO FRAGRANCE SPRA | 1.224624 | EA | 260.84 |
| 168.0000 | 168.0000 | SCE01028 LONG STEM ROSES AERO SPRAYS | 1.224624 | EA | 205.74 |
| 16.0000 | 16.0000 | SCE01001 LAVENDER RAIN ROOM SPRAY PUMP P/N LRSPRAY | 1.300000 | EA | 20.80 |
| 44.0000 | 44.0000 | SCE01004 APPLE CINNAMON FRAGRANCE SPRAY | 1.300000 | EA | 57.20 |
| 72.0000 | 72.0000 | SCE01017 | 1.300000 | EA | |

COMMENTS:

| | |
|---|---|
| SALE AMOUNT | |
| MISC. CHARGES | |
| FREIGHT | |
| SALES TAX | |
| **TOTAL** | |
| AMOUNT RECEIVED | |
| **BALANCE DUE** | |

TERMS:

Case 06-67096-mhm   Doc 258   Filed 01/23/07   Entered 01/24/07 15:44:20   Desc Main
Document      Page 11 of 37

# AEROSOL SPECIALTIES



3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 016847 | 2 |
| **INVOICE DATE** | |
| 05/19/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0011071 | 05/20/04 | SCE01 | 10 | 150 | | | SUPER TRANSPORT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 24.0000 | 24.0000 | SCE01003 GARDENIA ROOM SPRAY PUMP P/N GRSPRAY | 1.300000 | EA | 31.20 |
| 52.0000 | 52.0000 | SCE01002 WILD JUNIPER ROOM SPRAY PUMP P/N WHSPRAY | 1.300000 | EA | 67.60 |

COMMENTS:
BILL OF LADING #18639 & 18676

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | 1,885.98 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,885.98 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,885.98 |

# SPECIALTIES

ON STATION ROAD
W, GEORGIA 30144
4 FAX: (770) 425-8634

emit To:
IENT # GA00371
ATLANTA, GA 30353-0100

| | INVOICE NO. | PAGE |
|---|---|---|
| | 017106 | 1 |
| INVOICE DATE | | |
| 05/31/04 | | |

SOLD TO
SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE
VENICE, FL 34285

SHIP TO
SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE
VENICE, FL 34285

**Aerosol Specialties' Warranty Statement on Reverse Side.**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0011276 | 05/31/04 | SCE01 | 10 | 150 | | | | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| | | | | | |

COMMENTS:
PLATES CHARGE.
PLEASE REFER TO THE ATTACHED DOCUME
CURTIS INVOICES DATED 05/31/04

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | .00 |
| MISC. CHARGES | 150.00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 150.00 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 150.00 |

# AEROSOL SPECIALTIES



| INVOICE NO. | PAGE |
|---|---|
| 017107 | 1 |

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE DATE |
|---|
| 05/31/04 |

**Remit To:**
**DEPARTMENT # GA00371**
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO
SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO
SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0011277 | 05/31/04 | SCE01 | 10 | 150 | | | | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| | | | | | |

COMMENTS:

PLATE CHARGE.
PLEASE REFER TO THE ATTACHED DOCUME
CURTES INVOICES DATED 05/11/04

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | .00 |
| MISC. CHARGES | 300.00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 300.00 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 300.00 |

# AEROSOL SPECIALTIES

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 017108 | 1. |

**INVOICE DATE**
05/31/04

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO
SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO
SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

**Aerosol Specialties' Warranty Statement on Reverse Side.**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0011278 | 05/31/04 | SCE01 | 10 | 150 | | | | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| | | | | | |

COMMENTS:
PLATE CHARGE.
PLEASE REFER TO THE ATTACHED DOCUME
CURTIS INVOICES DATED 05/27/04

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | .00 |
| MISC. CHARGES | 300.00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 300.00 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 300.00 |



# AEROSOL SPECIALTIES

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 017148 | |
| **INVOICE DATE** | |
| 06/03/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD TO
SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP TO
SCENTSATIONAL SOAPS & CANDLES.
Main Receiving
107 West Tampa Avenue
Venice, FL 34285
USA

## Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0010542 | 04/19/04 | SCE01 | 10 | 150 | 12943 | | | Col |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2000.0000 | 2040.0000 | SCE01022 MEDIUM TANNING MIST | 2.820000 | EA | 5,752.80 |
| 500.0000 8.0000 | 492.0000 | SCE01024 EXFOLIANT SPRAY | 2.440000 | EA | 1,200.48 |

COMMENTS:

| | |
|---|---|
| SALE AMOUNT | 6,953.28 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 6,953.28 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 6,953.28 |

TERMS: Net 45

# AEROSOL SPECIALTIES



3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 017186 | 1 |
| **INVOICE DATE** | |
| 06/07/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP TO

ROSS STORES, INC
6333 CENTRAL AVE

NEWARK, CA 94560

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0010971 | 05/13/04 | SCE01 | 10 | 150 | 41207 | | WATKINS | Col |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 624.0000 | 624.0000 | SCE01029 SCENT PERFECT SCENTS JASMINE AERO | 1.240000 | EA | 773.76 |
| 624.0000 | 624.0000 | SCE01030 SCENT PERFECT SCENTS GARDENIA AERO | 1.240000 | EA | 773.76 |
| 624.0000 | 624.0000 | SCE01031 SCENT PERFECT SCENTS LAVENDER AERO | 1.240000 | EA | 773.76 |
| 624.0000 | 624.0000 | SCE01032 SCENT PERFECT SCENTS JUNIPER AERO | 1.240000 | EA | 773.76 |
| 624.0000 | 624.0000 | SCE01033 SCENT PERFECT SCENTS SPRING BOUQUET AERO | 1.240000 | EA | 773.76 |
| 624.0000 | 624.0000 | SCE01034 SCENT PERFECT SCENTS WHITE TEA AERO | 1.240000 | EA | 773.76 |

COMMENTS:

BILL OF LADING # 18791

TERMS: Net 45

| | |
|---|---|
| **SALE AMOUNT** | 4,642.56 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| **TOTAL** | 4,642.56 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 4,642.56 |

# AEROSOL SPECIALTIES

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 018523 | |
| **INVOICE DATE** | |
| 08/09/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO

HOMEGOODS DISTRIBUTION CENTR #
850 NORTHFIELD DR.
BROWNSBURG, IN 46112

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012139 | 07/30/04 | SCE01 | 10 | 150 | 00150473 | | SUPER TRANSPORT | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 500.0000 296.0000 | 204.0000 | SCE01035 SCENTSATIONAL LAVENDER AERO FRAGRANCE SPRAY | 1.220000 | EA | 248.88 |
| 500.0000 380.0000 | 120.0000 | SCE01019 GARDENIA ROOM SPRAYS AERO | 1.220000 | EA | 146.40 |
| 500.0000 296.0000 | 204.0000 | SCE01036 SCENTSATIONAL APPLE-CINNAMON AERO FRAGRANCE SPRAY | 1.220000 | EA | 248.88 |
| 500.0000 356.0000 | 144.0000 | SCE01037 SCENTSATIONAL JUNIPER AERO FRAGRANCE SPRAY | 1.220000 | EA | 175.68 |

COMMENTS:
BILL OF LADING # 19354

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | 819.84 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 819.84 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 819.84 |

# AEROSOL SPECIALTIES

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 018524 | |
| **INVOICE DATE** | |
| 08/09/04 | |

| Remit To: |
|---|
| DEPARTMENT # GA00371 |
| P.O. BOX 530100 • ATLANTA, GA 30353-0100 |

SOLD TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP TO

HOMEGOODS DISTRIRUTION CENTR #

M1 Hampden Road,
Mansfield, MA 02048

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012139 | 07/30/04 | SCE01 | 10 | 150 | 00150473 | | SUPER TRANSPORT | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 296.0000 | 300.0000 | SCE01035<br>SCENTSATIONAL LAVENDER AERO<br>FRAGRANCE SPRAY | 1.220000 | EA | 366.00 |
| 380.0000<br>152.0000 | 228.0000 | SCE01019<br>GARDENIA ROOM SPRAYS AERO | 1.220000 | EA | 278.16 |
| 296.0000<br>140.0000 | 156.0000 | SCE01036<br>SCENTSATIONAL APPLE-CINNAMON<br>AERO FRAGRANCE SPRAY | 1.220000 | EA | 190.32 |
| 356.0000<br>128.0000 | 228.0000 | SCE01037<br>SCENTSATIONAL JUNIPER AERO<br>FRAGRANCE SPRAY | 1.220000 | EA | 278.16 |

COMMENTS:
BILL OF LADING # 19368

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | 1,112.64 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,112.64 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,112.64 |

FP109   Reorder from Macola Forms • To Reorder Forms (800) 468-4834 ext. 2602 • www.macolaforms.com

# AEROSOL SPECIALTIES



3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 018531 | 1 |
| **INVOICE DATE** | |
| 08/09/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO

HOMEGOODS DISTRIBUTION CENTR #
10230 RIDGE CREEK DRIVE
CHARLOTE, NC 28273

## Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012139 | 07/30/04 | SCE01 | 10 | 150 | 00150473 | | SUPER TRANSPORT | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 152.0000 | 156.0000 | SCE01019 GARDENIA ROOM SPRAYS AERO | 1.220000 | EA | 190.32 |
| 140.0000 | 144.0000 | SCE01036 SCENTSATIONAL APPLE-CINNAMON AERO FRAGRANCE SPRAY | 1.220000 | EA | 175.68 |

COMMENTS:
BILL OF LADING # 19369

| | |
|---|---|
| SALE AMOUNT | 366.00 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 366.00 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 366.00 |

TERMS: Net 45

LP109  Item made only by **Macola Forms** • To Re-order Forms (800) 688-4816 ext. 2002 • www.macolaforms.com

# AEROSOL SPECIALTIES



3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 019494 | |
| INVOICE DATE | |
| 09/30/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

| SOLD TO | SHIP TO |
|---|---|
| SCENTSATIONAL SOAPS & CANDLES, 107 W. TAMPA AVE | HOMEGOODS DISTRIBUTION CENTER 71 HAMPEDEN ROAD |
| VENICE, FL 34285 | MANSFIELD , MA 02048 |

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012140 | 07/30/04 | SCE01 | 10 | 150 | 00150474 | | SUPER TRANSPORT | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 500.0000 272.0000 | 228.0000 | SCE01035 SCENTSATIONAL LAVENDER AERO FRAGRANCE SPRAY | 1.220000 | EA | 278.16 |
| 500.0000 272.0000 | 228.0000 | SCE01019 GARDENIA ROOM SPRAYS AERO | 1.220000 | EA | 278.16 |
| 500.0000 272.0000 | 228.0000 | SCE01036 SCENTSATIONAL APPLE–CINNAMON AERO FRAGRANCE SPRAY | 1.220000 | EA | 278.16 |
| 500.0000 272.0000 | 228.0000 | SCE01037 SCENTSATIONAL JUNIPER AERO FRAGRANCE SPRAY | 1.220000 | EA | 278.16 |

COMMENTS:
BOL # 19758

| | |
|---|---|
| SALE AMOUNT | 1,112.64 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,112.64 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,112.64 |

TERMS: Net 45

FP1C0  Paperwise c/o Macola Forms • To Reorder Forms: Foll 468-8434 ext. 1602 • www.macolaforms.com

# AEROSOL SPECIALTIES



3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 019499 | |
| **INVOICE DATE** | |
| 09/30/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO

HOMEGOODS DISTRIBUTION CENTER
10230 RIDGE CREEK DRIVE

CHARLOTTE, NC 28273

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012140 | 07/30/04 | SCE01 | 10 | 150 | 00150474 | | SUPER TRANSPORT | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 272.0000 188.0000 | 84.0000 | SCE01035 SCENTSATIONAL LAVENDER AERO FRAGRANCE SPRAY | 1.220000 | EA | 102.48 |
| 272.0000 188.0000 | 84.0000 | SCE01019 GARDENIA ROOM SPRAYS AERO | 1.220000 | EA | 102.48 |
| 272.0000 188.0000 | 84.0000 | SCE01036 SCENTSATIONAL APPLE-CINNAMON AERO FRAGRANCE SPRAY | 1.220000 | EA | 102.48 |
| 272.0000 188.0000 | 84.0000 | SCE01037 SCENTSATIONAL JUNIPER AERO FRAGRANCE SPRAY | 1.220000 | EA | 102.48 |

COMMENTS:
BOL # 19757

| | |
|---|---|
| SALE AMOUNT | 409.92 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 409.92 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 409.92 |

TERMS:  Net 45

FP109  Paperwork by Macola Forms • To Reorder Forms (800) 468-0834 ext. 2602 • www.macolaforms.com

# AEROSOL SPECIALTIES

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634



| INVOICE NO. | PAGE |
|---|---|
| 019595 | 1 |

**INVOICE DATE**
10/01/04

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO

HOMEGOODS DISTRIBUTION CENTER
10230 RIDGE CREEK DRIVE

CHARLOTTE, NC 28273

**Aerosol Specialties' Warranty Statement on Reverse Side.**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012140 | 07/30/04 | SCE01 | 10 | 150 | 00150474 | | SUPER TRANSPORT | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM | DISC. | NET PRICE |
|---|---|---|---|---|---|---|
| 188.0000 | 192.0000 | SCE01035<br>SCENTSATIONAL LAVENDER AERO<br>FRAGRANCE SPRAY | 1.220000 | EA | | 234.24 |
| 188.0000 | 192.0000 | SCE01019<br>GARDENIA ROOM SPRAYS AERO | 1.220000 | EA | | 234.24 |
| 188.0000 | 192.0000 | SCE01037<br>SCENTSATIONAL JUNIPER AERO<br>FRAGRANCE SPRAY | 1.220000 | EA | | 234.24 |

COMMENTS:
BILL OF LADING # 19760

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | 702.72 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 702.72 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 702.72 |

FP109 Paperware by Macola Forms • To Reorder Forms (800) 468-0824 ext. 2602 • www.macolaforms.com

# AEROSOL SPECIALTIES



3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 019938 | 1 |
| **INVOICE DATE** | |
| 10/27/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

| SOLD TO | SHIP TO |
|---|---|
| SCENTSATIONAL SOAPS & CANDLES, 107 W. TAMPA AVE  VENICE, FL 34285 | DROP SHIPMENT |

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012958 | 09/17/04 | SCE01 | 10 | 150 | 00063908 | | | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1800.0000 | 1944.0000 | SCE01035  SCENTSATIONAL LAVENDER AERO FRAGRANCE SPRAY | 1.220000 | EA | 2,371.68 |
| 1800.0000 | 1944.0000 | SCE01037  SCENTSATIONAL JUNIPER AERO FRAGRANCE SPRAY | 1.220000 | EA | 2,371.68 |
| 1800.0000 | 1944.0000 | SCE01019  GARDENIA ROOM SPRAYS AERO | 1.220000 | EA | 2,371.68 |
| 1800.0000 | 1944.0000 | SCE01021  WHITE TEA ROOM SPRAYS AEROSOL | 1.220000 | EA | 2,371.68 |
| 1800.0000 | 1944.0000 | SCE01029  SCENT PERFECT SCENTS JASMINE AERO | 1.220000 | EA | 2,371.68 |
| 1800.0000 | 1944.0000 | SCE01033  SCENT PERFECT SCENTS SPRING BOUQUET AERO | 1.220000 | EA | 2,371.68 |

COMMENTS:
BOL # 20138

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | 14,230.08 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 14,230.08 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 14,230.08 |

FR109  Paperware Plus by Macola Forms • To Reorder Forms  800-468-0834 ext. 2602 • www.macolaforms.com

# AEROSOL SPECIALTIES



| INVOICE NO. | PAGE |
|---|---|
| 020037 | 1 |

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE DATE |
|---|
| 10/29/04 |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP TO

TJ MAXX DISTRIBUTION CENTER #
4100 LONE MOUNTAIN ROAD

NORTH LAS VEGAS NV 89031

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012953 | 09/17/04 | SCE01 | 10 | 150 | 00063910 | | SUPER TRANSPORT | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2000.0000 1832.0000 | 168.0000 | SCE01027 MANGO KIWI AERO FRAGRANCE SPRA | 1.280000 | EA | 215.04 |
| 2000.0000 1712.0000 | 288.0000 | SCE01025 STRAWBERRY & CHAMPAGNE AERO SPRAY | 1.280000 | EA | 368.64 |
| 1000.0000 916.0000 | 84.0000 | SCE01038 FRESH CRANBERRY AERO FRAGRANCE SPRAY | 1.280000 | EA | 107.52 |
| 1000.0000 908.0000 | 92.0000 | SCE01039 WINTER NIGHTS AERO FRAGRANCE SPRAY | 1.280000 | EA | 117.76 |
| 1000.0000 844.0000 | 156.0000 | SCE01036 SCENTSATIONAL APPLE-CINNAMON AERO FRAGRANCE SPRAY | 1.280000 | EA | 199.68 |
| 1000.0000 916.0000 | 84.0000 | SCE01043 CRANBERRY SPICE FRAGRANCE SPRAY | 1.280000 | EA | 107.52 |

COMMENTS:
BOL # 20176

| | |
|---|---|
| SALE AMOUNT | 1,116.16 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,116.16 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 1,116.16 |

TERMS: Net 45




# AEROSOL SPECIALTIES

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 020038 | |
| INVOICE DATE | |
| 10/29/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD TO
SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP TO
TJ MAXX DISTRIBUTION CENTER #
135 GODDARD DR

WORCESTER, MA 01603

**Aerosol Specialties' Warranty Statement on Reverse Side.**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012953 | 09/17/04 | SCE01 | 10 | 150 | 00063910 | | SUPER TRANSPORT | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1832.0000 1328.0000 | 504.0000 | SCE01027 MANGO KIWI AERO FRAGRANCE SPRA | 1.280000 | EA | 645.12 |
| 1712.0000 1208.0000 | 504.0000 | SCE01025 STRAWBERY & CHAMPAGNE AERO SPRAY | 1.280000 | EA | 645.12 |
| 916.0000 664.0000 | 252.0000 | SCE01038 FRESH CRANBERRY AERO FRAGRANCE SPRAY | 1.280000 | EA | 322.56 |
| 908.0000 656.0000 | 252.0000 | SCE01039 WINTER NIGHTS AERO FRAGRANCE SPRAY | 1.280000 | EA | 322.56 |
| 844.0000 592.0000 | 252.0000 | SCE01036 SCENTSATIONAL APPLE-CINNAMON AERO FRAGRANCE SPRAY | 1.280000 | EA | 322.56 |
| 1000.0000 748.0000 | 252.0000 | SCE01040 CLEAN LINEN AERO FRAGRANCE SPRAY | 1.280000 | EA | 322.56 |
| 1000.0000 748.0000 | 252.0000 | SCE01042 CHRISTMAS SPIRIT FRAGRANCE SPRAY | 1.280000 | EA | 322.56 |
| 916.0000 664.0000 | 252.0000 | SCE01043 CRANBERRY SPICE FRAGRANCE SPRAY | 1.280000 | EA | 322.56 |

COMMENTS:
BOL # 20132

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | 3,225.60 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 3,225.60 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 3,225.60 |

FP109  Macola Forms

# AEROSOL SPECIALTIES



3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 020039 | 1 |
| **INVOICE DATE** | |
| 10/29/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO

TJ MAXX DISTRIBUTION CENTER #
14300 CAROWINDS BLVD

CHARLOTTE, NC 28273

**Aerosol Specialties' Warranty Statement on Reverse Side.**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN. | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012953 | 09/17/04 | SCE01 | 10 | 150 | 00063910 | | SUPER TRANSPORT | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1328.0000 860.0000 | 468.0000 | SCE01027 MANGO KIWI AERO FRAGRANCE SPRA | 1.280000 | EA | 599.04 |
| 1208.0000 740.0000 | 468.0000 | SCE01025 STRAWBERRY & CHAMPAGNE AERO SPRAY | 1.280000 | EA | 599.04 |
| 664.0000 424.0000 | 240.0000 | SCE01038 FRESH CRANBERRY AERO FRAGRANCE SPRAY | 1.280000 | EA | 307.20 |
| 656.0000 416.0000 | 240.0000 | SCE01039 WINTER NIGHTS AERO FRAGRANCE SPRAY | 1.280000 | EA | 307.20 |
| 592.0000 352.0000 | 240.0000 | SCE01036 SCENTSATIONAL APPLE-CINNAMON AERO FRAGRANCE SPRAY | 1.280000 | EA | 307.20 |
| 748.0000 592.0000 | 156.0000 | SCE01040 CLEAN LINEN AERO FRAGRANCE SPRAY | 1.280000 | EA | 199.68 |
| 748.0000 508.0000 | 240.0000 | SCE01042 CHRISTMAS SPIRIT FRAGRANCE SPRAY | 1.280000 | EA | 307.20 |
| 664.0000 424.0000 | 240.0000 | SCE01043 CRANBERRY SPICE FRAGRANCE SPRAY | 1.280000 | EA | 307.20 |

COMMENTS:
BOL # 20177

TERMS: Net 45

| | |
|---|---|
| **SALE AMOUNT** | 2,933.76 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| **TOTAL** | 2,933.76 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 2,933.76 |

FP109   Purchase & by Macola Forms • To Reorder Forms (800) 468-0834 ext. 2602 • www.macolaforms.com

# AEROSOL SPECIALTIES



| | |
|---|---|
| INVOICE NO. | PAGE |
| 020040 | 1 |
| INVOICE DATE | |
| 10/30/04 | |

3150 MOON STATION ROAD
• KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO

TJ MAXX DISTRIBUTION CENTER
3301 MAXX ROAD

EVANSVILLE IN  47711

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012953 | 09/17/04 | SCE01 | 10 | 150 | 00063910 | | SUPER TRANSPORT | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM | DISC. | NET PRICE |
|---|---|---|---|---|---|---|
| 860.0000 | 744.0000 | SCE01027 | 1.280000 | EA | | |
| 116.0000 | | MANGO KIWI AERO FRAGRANCE SPRA | | | | 952.32 |
| 740.0000 | 744.0000 | SCE01025 | 1.280000 | EA | | |
| | | STRAWBERRY & CHAMPAGNE AERO | | | | 952.32 |
| | | SPRAY | | | | |
| 424.0000 | 372.0000 | SCE01038 | 1.280000 | EA | | |
| 52.0000 | | FRESH CRANBERRY AERO FRAGRANCE | | | | 476.16 |
| | | SPRAY | | | | |
| 416.0000 | 372.0000 | SCE01039 | 1.280000 | EA | | |
| 44.0000 | | WINTER NIGHTS AERO FRAGRANCE | | | | 476.16 |
| | | SPRAY | | | | |
| 352.0000 | 372.0000 | SCE01036 | 1.280000 | EA | | |
| | | SCENTSATIONAL APPLE-CINNAMON | | | | 476.16 |
| | | AERO FRAGRANCE SPRAY | | | | |
| 592.0000 | 372.0000 | SCE01040 | 1.280000 | EA | | |
| 220.0000 | | CLEAN LINEN AERO FRAGRANCE | | | | 476.16 |
| | | SPRAY | | | | |
| 508.0000 | 336.0000 | SCE01042 | 1.280000 | EA | | |
| 172.0000 | | CHRISTMAS SPIRIT FRAGRANCE | | | | 430.08 |
| | | SPRAY | | | | |
| 424.0000 | 372.0000 | SCE01043 | 1.280000 | EA | | |
| 52.0000 | | CRANBERRY SPICE FRAGRANCE | | | | 476.16 |
| | | SPRAY | | | | |

COMMENTS:
BOL # 20133

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | 4,715.52 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 4,715.52 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 4,715.52 |

# AEROSOL SPECIALTIES

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634



| INVOICE NO. | PAGE |
|---|---|
| 020388 | 1 |

| INVOICE DATE |
|---|
| 11/24/04 |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP TO

ROSS STORES, INC
CENTRAL CAROLINA PKWY

FORT MILL , SC   29715

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0012956 | 09/17/04 | SCE01 | 10 | 150 | 00063909 | | WATKINS | Ppd |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1200.0000 | 1260.0000 | SCE01035 SCENTSATIONAL LAVENDER AERO FRAGRANCE SPRAY | 1.280000 | EA | 1,612.80 |
| 1200.0000 | 1272.0000 | SCE01029 SCENT PERFECT SCENTS JASMINE AERO | 1.280000 | EA | 1,628.16 |
| 1200.0000 | 1224.0000 | SCE01033 SCENT PERFECT SCENTS SPRING BOUQUET AERO | 1.280000 | EA | 1,566.72 |
| 1296.0000 | 1296.0000 | SCE01034 SCENT PERFECT SCENTS WHITE TEA AEROSOL | 1.262976 | EA | 1,636.82 |
| 1164.0000 24.0000 | 1140.0000 | SCE01030 SCENTSATIONA PER SCEN GARDENIA PERFECT SCENTS AEROSOL | 1.262976 | EA | 1,439.79 |
| 1260.0000 | 1260.0000 | SCE01032 SCENTSATION PERF SCENTS JUNIPE JUNIPER AEROSOL | 1.262976 | EA | 1,591.35 |

COMMENTS:
BOL # 20364

TERMS:  Net 45

| | |
|---|---|
| SALE AMOUNT | 9,475.64 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 9,475.64 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 9,475.64 |

# AEROSOL SPECIALTIES



3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 020377 | 1 |
| **INVOICE DATE** | |
| 11/28/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

## Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0013835 | 11/28/04 | SCE01 | 10 | 150 | LABEL | | | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| | | | | | |

COMMENTS:
NEW LABEL CHARGE FOR FRESH CRANBERR

CURTIS INV.# 13688625 ATTACHED

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | .00 |
| MISC. CHARGES | 187.50 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 187.50 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 187.50 |

FP109   Paperwork? by **Macola Forms** • To Reorder Forms (800) 468-683., ext. 2602 • www.macolaforms.com

# AEROSOL SPECIALTIES



3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 020378 | 1 |
| **INVOICE DATE** | |
| 11/28/04 | |

**Remit To:**
**DEPARTMENT # GA00371**
**P.O. BOX 530100 • ATLANTA, GA 30353-0100**

SOLD
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

## Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0013836 | 11/28/04 | SCE01 | 10 | 150 | LABEL | | | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| | | | | | |

COMMENTS:
NEW LABEL CHARGE FOR CRANBERRY SPIC

CURTIS INV.# 13689125 ATTACHED

TERMS:  Net 45

| | |
|---|---|
| SALE AMOUNT | .00 |
| MISC. CHARGES | 187.50 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 187.50 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 187.50 |

# AEROSOL SPECIALTIES

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634



| INVOICE NO. | PAGE |
| --- | --- |
| 020379 | 1 |
| **INVOICE DATE** | |
| 11/28/04 | |

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0013837 | 11/28/04 | SCE01 | 10 | 150 | LABEL | | | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

COMMENTS:
NEW LABEL CHARGE FOR CLEAN LINEN

CURTIS INV.# 13688725 ATTACHED

TERMS: Net 45

| | |
| --- | --- |
| SALE AMOUNT | .00 |
| MISC. CHARGES | 187.50 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 187.50 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 187.50 |

FP109  Preserved by Macola Forms • To Reorder Forms (800) 268-0834 ext. 2662 • www.macolaforms.com

# AEROSOL SPECIALTIES

3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634



| INVOICE NO. | PAGE |
|---|---|
| 020380 | 1 |

**INVOICE DATE**
11/28/04

**Remit To:**
DEPARTMENT # GA00371
P.O. BOX 530100 • ATLANTA, GA 30353-0100

SOLD
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

### Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0013838 | 11/28/04 | SCE01 | 10 | 150 | LABEL | | | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| | | | | | |

COMMENTS:
NEW LABEL CHARGE FOR SCE WINTER NIG

CURTIS INV.# 13688825 ATTACHED

TERMS: Net 45

| | |
|---|---|
| SALE AMOUNT | .00 |
| MISC. CHARGES | 37.50 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 37.50 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 37.50 |

FP109   Reprint Ye by Macola Forms • To Reorder Forms (800) 468-0834 ext. 2602 • www.macolaforms.com

# AEROSOL SPECIALTIES



3150 MOON STATION ROAD
KENNESAW, GEORGIA 30144
(770) 425-0114 FAX: (770) 425-8634

| INVOICE NO. | PAGE |
|---|---|
| 020381 | 1 |
| **INVOICE DATE** | |
| 11/28/04 | |

**Remit To:**
**DEPARTMENT # GA00371**
**P.O. BOX 530100 • ATLANTA, GA 30353-0100**

SOLD
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

SHIP
TO

SCENTSATIONAL SOAPS & CANDLES,
107 W. TAMPA AVE

VENICE, FL 34285

## Aerosol Specialties' Warranty Statement on Reverse Side.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0013839 | 11/28/04 | SCE01 | 10 | 150 | LABEL | | | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| | | | | | |

| COMMENTS: | | |
|---|---|---|
| NEW LABEL CHARGE FOR SCEN. CHRISTM SPIRIT LABELES | SALE AMOUNT | .00 |
| CURTIS INV. # 13688925 ATTACHED | MISC. CHARGES | 37.50 |
| | FREIGHT | .00 |
| | SALES TAX | .00 |
| | **TOTAL** | 37.50 |
| TERMS: Net 45 | AMOUNT RECEIVED | .00 |
| | **BALANCE DUE** | 37.50 |

FP109   Paperware 3 by **Macola Forms** • To Reorder Forms (800) 468-0834 ext. 2602 • www.inacciaforms.com

```
            U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
              ATLANTA DIVISION

             # 01099179 - GG
             January 23, 2007


Code        Case No      Qty        Amount By

AD1         07-09007                $250.00 CK
   Judge  - Margaret H. Murphy
   Debtor - AEROSOL PACKAGING


TOTAL:                              $250.00


FROM: Jampol, Schleicher, Jacobs & Papadakis, LLP
      500 North Winds Center West
      11625 Rainwater Drive, Suite 350
      Alpharetta, GA 30004-8675
```

Page 1

FORM 104 (10/06)

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

W. YVONNE EVANS.

DEPUTY CLERK

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

07-9007

| PLAINTIFFS<br>Aerosol Packaging, LLC d/b/a<br>Aerosol Specialties | DEFENDANTS<br>Scentsational Soaps & Candles, Inc. |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Brian L. Schleicher & Lisa K. Rose<br>Jampol, Schleicher, Jacobs & Papadakis, LLP<br>11625 Rainwater Drive, Suite 350<br>Alpharetta, GA 30004   770-667-1290 | ATTORNEYS (If Known) |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☒ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor      ☐ Other<br>☐ Trustee | ☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor      ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to recover on account receivable.

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – reinstatement of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $   61,197.26 |

Other Relief Sought

**FORM 104 (10/06), Page 2**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Aerosol Packaging, LLC | | BANKRUPTCY CASE NO.<br>06-67096-MHM |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Georgia | DIVISIONAL OFFICE<br>Atlanta | NAME OF JUDGE<br>Margaret H. Murphy |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>1/23/07 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Brian L. Schleicher | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located.  Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate.  There also may be lawsuits concerning the debtor's discharge.  If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court.  In some courts, the cover sheet is not required when the adversary proceeding is filed electronically through the court's Case Management/Electronic Case Files (CM/ECF) system.  (CM/ECF captures the information on Form 104 as part of the filing process.)  When completed, the cover sheet summarizes basic information on the adversary proceeding.  The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court.  The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney).  A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.**  Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.**  Give the names and addresses of the attorneys, if known.

**Party.**  Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.**  Enter the dollar amount being demanded in the complaint.

**Signature.**  This cover sheet must be signed by the attorney of record in the box on the second page of the form.  If the plaintiff is represented by a law firm, a member of the firm must sign.  If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# 07-9007 Judge _MₕₕM_

## NEW ADVERSARY CHECKLIST

( ✓ )      Complete Filing
(    )      Incomplete Filing

**Check-mark the following documents that are missing:**

(    )      Summons
(    )      Adversary Cover Sheet
(    )      Complaint