ENTERED ON DOCKET
July 6, 2007

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AEROSOL PACKAGING, LLC, | ) | |
| A Georgia limited liability company, | ) | CASE NO. 06-67096-MHM |
| d/b/a AEROSOL SPECIALTIES, | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

ORDER AND NOTICE REGARDING
(1) MOTION TO APPROVE SALE OF DEBTOR'S ASSETS AND BUSINESS
AND TO APPROVE BIDDING PROCEDURES AND
(2) MOTION TO ASSUME AND REJECT EXECUTORY CONTRACTS

On July 5, 2007 Debtor filed a Motion to Approve Sale of Debtor's Assets and Business Pursuant to Section 363 of the Bankruptcy Code and to Approve Bidding Procedures, and (2) Motion to Assume and Reject Executory Contracts (the "Motions"). The Motions are available for review in the office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at *http://ecf.ganb.uscourts.gov* (registered users) or at *http://pacer.psc.uscourts.gov* (unregistered users). It is hereby

ORDERED that any person or party who objects to entry of an order granting the relief sought in the Motions:

  1.  **Must file** a written objection, stating the grounds therefor, on or before the close of business[1] July 26, 2007, with the Clerk, U. S. Bankruptcy Court,

---

[1] Objections filed electronically may be filed up to 11:59:59 p.m. All other objections must be filed by delivery to the Clerk's Office at or before 4:00 p.m.

    1340 U. S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303-3367; and

2. **Must serve** a copy of said objection upon:

  Brian L. Schleicher
  Jampol Schleicher, Jacobs & Papadakis, LLP
  11625 Rainwater Drive, Suite 350
  Alpharetta, Georgia 30004

so that such written objections are actually received by the foregoing on or before the deadline set forth in Paragraph 1; and

3. **Must advocate** the objection at the hearing on the Motions. Hearing on the Motions will be held before the undersigned in Courtroom 1204, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, on the 30th day of July, 2007, at 11:00 o'clock a.m.

**Any objection not timely filed and served, or not advocated at the hearing set above, shall be deemed waived, and the relief requested may be granted without further notice or hearing.** It is further

**ORDERED** that Debtor's attorney shall serve a copy of this Order and Notice upon Debtor, U. S. Trustee, and all creditors and parties in interest on or before midnight July 6, 2007, and shall file a certificate of such service within three days thereafter.

IT IS SO ORDERED, this the 6th day of July, 2007.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Prepared by Brian L. Schleicher
    Counsel for Aerosol Packaging, LLC
    Jampol, Schleicher, Jacobs & Papadakis, LLP
    11625 Rainwater Drive, Suite 350
    Alpharetta, Georgia 30004
    Georgia Bar 629321