## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

BLUE RIDGE INVESTORS, II,    :
LP,    :
      Appellant,    :      Civil No. 1:07-CV-00323-TWT
   :
vs.    :
   :
WACHOVIA BANK, N.A., and    :
AEROSOL PACKAGING, LLC,    :
      Appellees.    :
_____ :

## CONSENT ORDER GRANTING APPELLEE WACHOVIA BANK, NATIONAL ASSOCIATION'S MOTION TO DISMISS APPEAL AS MOOT

This matter is before the Court on Appellee Wachovia Bank, National Association's ("Wachovia") Motion to Dismiss Appeal as Moot (the "Motion"). The Court, having reviewed the Motion, and the consent of Appellant Blue Ridge Investors, II, Limited Partnership ("Blue Ridge") and Appellee Aerosol Packaging, LLC ("Aerosol" or "Debtor") being evidenced by the signature of their counsel below, finds that, as a result of developments in the underlying bankruptcy case and the subsequent agreement of the parties to this appeal, (1) Blue Ridge no longer has a "claim" (as defined in 11 U.S.C. §101(5)) in the underlying bankruptcy case that can be voted as a result of the postpetition settlement agreement between the parties; and (b) this appeal, which relates to an Order determining who is entitled to vote Appellant's claim in the bankruptcy case

ATI 32424633.3

ATTEST: A TRUE COPY
CERTIFIED THIS

AUG 23 2007

James N. Hatten, Clerk
By _____
Deputy Clerk

therefore moot and should be dismissed.  Accordingly, it is hereby ORDERED

that:

    (1)    This appeal is dismissed with prejudice, all parties to bear their own

           costs in this appeal.

    (2)    The Clerk of the Court is instructed to close this matter.

           SO ORDERED on August _23___, 2007.

           /s/Thomas W. Thrash_____
           HON. THOMAS W. THRASH, JR.
           United States District Court Judge

                  [signatures of counsel on next page]

ATl 32424633.3

Consented to by:

/s/ Leon S. Jones
Leon S. Jones (Ga. Bar No. 003980)
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309
Telephone: (404) 564-9300
Attorneys to Appellant Blue Ridge Investors, II, LP


Consented to by:

/s/ Brian L. Schleicher
Brian Leonard Schleicher (Ga. Bar No. 629321)
Jampol, Schleicher, Jacobs, Papadakis LLP
11625 Rainwater Drive, Suite 350
Alpharetta, GA 30004
Telephone: (404) 815-6500
Attorneys to Appellee Aerosol Packaging, LLC


Consented to by:

/s/ Paul Baisier
Paul Baisier (Ga. Bar No. 032825)
Seyfarth Shaw LLP
One Peachtree Pointe
1545 Peachtree Street, N.E., Suite 700
Atlanta, Georgia 30309
Telephone: (404) 885-6715
Facsimile:  (404) 885-6694
Attorneys to Appellee Wachovia Bank, N.A.

ATI 32424633.3

**Distribution List:**

Paul Baisier
Seyfarth Shaw LLP
One Peachtree Pointe
1545 Peachtree Street, N.E., Suite 700
Atlanta, Georgia 30309

Brian L. Schleicher
Jampol, Schleicher, Jacobs & Papadakis LLP
11625 Rainwater Drive, Suite 350
Alpharetta, GA 30004

Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Laura Woodson
Smith, Gambrell & Russell
1230 Peachtree Street, Suite 3100
Atlanta, Georgia 30309

4

ATI 32424633.3

therefore moot and should be dismissed.  Accordingly, it is hereby ORDERED

that:

> (1)   This appeal is dismissed with prejudice, all parties to bear their own
>
> costs in this appeal.

> (2)   The Clerk of the Court is instructed to close this matter.

> SO ORDERED on August __23___, 2007.

> /s/Thomas W. Thrash_____
> HON. THOMAS W. THRASH, JR.
> United States District Court Judge

> [signatures of counsel on next page]

AT1 32424633.3